Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com


UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE


| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, ) husband and wife, ) )       Plaintiffs, ) )   v. ) ) CITY OF SAND POINT, a ) Municipal Corporation, ) )       Defendant. ) _____) | Case No.:A06-_____CI |

NOTICE OF REMOVAL

TO:  Judges of the United States District Court
and to:  Debbie and Paul K. Gunderson
         c/o David R. Edgren
         Edgren Law Offices, LLC
         750 East Fireweed, Suite 201
         Anchorage, AK  99503

You are hereby notified pursuant to 28 U.S.C. § 1441(b) and § 1446 as follows:

1.   That the above-named Defendant, City of Sand Point, a Municipal Corporation, with its primary place of business located in Sand Point, Alaska, has this day filed in the United States District Court for the District of Alaska at Anchorage

this Notice of Removal to said District Court of the action brought by Debbie and Paul K. Gunderson in the Superior Court for the State of Alaska Third Judicial District at Anchorage, Case No. 3AN-06-8712 Civil;

    2.   That the above-named Defendant has also filed Notice of Removal with the Clerk of the Superior Court for the State of Alaska, Third Judicial District at Anchorage; and,

    3.   That said action has thereby been removed from the Superior Court for the State of Alaska, Third Judicial District at Anchorage to the United States District Court, District of Alaska at Anchorage.

    Defendant submits the following grounds for removal:

    1.   Debbie and Paul K. Gunderson are the Plaintiffs and City of Sand Point, a Municipal Corporation is the Defendant in a case filed on June 8, 2006 in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Case No.: 3AN-06-8712 Civil.  A copy of the Complaint is contained in a copy of the State Court record which is being filed simultaneously with the Notice of Removal.

    2.   Plaintiffs, Debbie and Paul K. Gunderson, are residents and citizens of the State of Alaska.

    3.   Defendant City of Sand Point is a Municipal Corporation, with its principle place of business located in Alaska.

4.   Plaintiffs seek to recover damages from Defendant based on theories sounding in unconstitutional and unlawful entry by members of the City of Sand Point Police Department. Although not expressly states as such, Plaintiffs' Complaint actually alleges violations of 42 U.S.C. §1983.

5.   Plaintiffs seek recovery in an amount in excess of the jurisdiction limit of the United States District Court as set forth in Plaintiffs' Complaint.

6.   The initial pleading setting forth the claim for relief was received by the City of Sand Point on June 8, 2006.

7.   Fewer than 30 days has elapsed since the receipt by Defendant of a copy of the initial pleading setting forth Plaintiffs' claims for relief.

8.   This Court has jurisdiction pursuant to 28 U.S.C. § 1331. This action may be removed pursuant to 28 U.S.C. § 1441(b) because it is based on allegations of unconstitutional and unlawful entry and de facto allegations of violation(s) of 42 U.S.C. §1983.

9.   Defendant's efforts to effect removal of this action are in accordance with 28 U.S.C § 1446(b).

10.  Defendant has consented to the removal of this case from Superior Court of Alaska, Third Judicial District, to the United States District Court, District of Alaska at Anchorage.

Respectfully submitted this 29th day of June, 2006, at Anchorage, Alaska.

        s/Michael D. Corey
        SANDBERG, WUESTENFELD & COREY
        ABA #8511130
        701 W. 8th Avenue, Suite 1100
        Anchorage, Alaska 99501
        Phone:  (907) 276-6363
        Fax:  (907)276-3528
        E-Mail:  mdc1@aol.com
        Attorneys for Defendant

Certificate of Service

I hereby certify that on this 29th day of
June, 2006 a copy of the foregoing
Notice Of Removal was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

s/Michael D. Corey