IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

DEBBIE and PAUL K. GUNDERSON, )
husband and wife, )
)
      Plaintiffs, )
)
  v. )
)
CITY OF SAND POINT, a )
Municipal Corporation, )
)
      Defendant. ) Case No.:3AN-06-8712 CI
)

NOTICE OF REMOVAL

TO:  Clerk of Courts, Superior Court for Alaska
     Third Judicial District at Anchorage

Please take notice that Defendant, CITY OF SAND POINT, a Municipal Corporation, has this date filed a Notice of Removal, copy attached, to the United States District Court, for the District of Alaska.

Respectfully submitted this 29d of June, 2006 at Anchorage, Alaska.

                              SANDBERG, WUESTENFELD & COREY
                              Attorneys for Defendant

                              By:_____
                                 Michael D. Corey
                                 ABA#8511130

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

This is to certify that a true and correct copy of the foregoing was served by (✗) mail ( ) hand ( ) fax this 29th day of June, 2006, to:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

*[signature]*

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

NOTICE OF REMOVAL
*Gunderson v. City of Sand Point*
Case No.:3AN-06-8712 CI
Page 2 of 2