Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CITY OF SAND POINT, a Municipal Corporation, )<br>)<br>Defendant. )<br>_____) | Case No.:A06-_____CI |

DEFENDANT'S NOTICE TO COURT OF SERVICE LIST

Defendant hereby gives notice to the Court of the service list for the above matter as follows:

    1.    Counsel for Debbie and Paul K. Gunderson

        David R. Edgren
        Edgren Law Offices, LLC
        750 East Fireweed, Suite 201
        Anchorage, AK  99503
        (907)272-3325
        (907)272-3317 - fax

    2.    Counsel for Defendant City of Sand Point

        Michael D. Corey
        Sandberg, Wuestenfeld & Corey

>701 W. 8th Avenue, Suite 1100
>Anchorage, Alaska 99510
>(907) 276-6363
>(907) 276-3528 - fax
>
>mdc1@aol.com

Respectfully submitted this 29th day of June, 2006, at Anchorage, Alaska.

>s/Michael D. Corey
>SANDBERG, WUESTENFELD & COREY
>ABA #8511130
>701 W. 8th Avenue, Suite 1100
>Anchorage, Alaska 99501
>Phone:  (907) 276-6363
>Fax:  (907)276-3528
>E-Mail:  mdc1@aol.com
>Attorneys for Defendant

Certificate of Service

I hereby certify that on this 29th day of June, 2006 a copy of the foregoing Defendant's Notice To Court Of Service List was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey