Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, ) ) ) Plaintiffs, ) ) v. ) ) CITY OF SAND POINT, a Municipal Corporation, ) ) ) Defendant. ) _____) | Case No.:A06-00157 CV (TMB) |

### DEFENDANT'S AMENDED NOTICE TO COURT OF FILING SUPERIOR COURT FILE

Defendant submits to this Court as set forth in this Court's Minute Order dated July 3, 2006, the following documents that make up the Superior Court file 3AN-06-8712:

    1.   Counsel of Record card, undated;

    2.   Case Description form, undated;

    3.   Entry of Appearance dated June 5, 2006;

    4.    Complaint for Trespass, Defamation and Other Injuries to Dignity, Negligent Infliction of Emotional Distress and for Punitive Damages dated June 5, 2006;

    5.    Certificate of Service dated June 8, 2006; and,

    6.    Summons and Notice to Both Parties of Judicial Assignment dated June 5, 2006.

Respectfully submitted this 5th day of July, 2006, at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 5th day of
July, 2006 a copy of the foregoing
Defendant's Notice to Court of Filing
Superior Court File was served by U.S. Mail
on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

s/Michael D. Corey