COUNSEL OF RECORD

KEEP ON TOP OF FILE

CASE NO. 3AN-06-8712 CI

| NAME | MAILING ADDRESS & PHONE NUMBER | FOR WHOM |
|---|---|---|
| DGREN LAW OFFICES, LLC | 750 E. Fireweed Suite 201 Anchorage 99503  272-3825 | Plaintiff |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

F-900 (3/00)(5 ½ X 8 ½)(canary cdsk)

- ☐ Personal Injury Auto (CIDPIA)
- ☐ Personal Injury Other (CIDPIO)

**Forcible Entry and Detainer – District Court**

- ☐ District Court FED with Damages (CIDFED)
- ☐ District Court FED - No Damages (CIDFEDND)

**Foreign Judgment – District Court**

- ☐ Foreign Judgment – District Court (CIDFOJ)

- ☐ Property Damage - Auto (CISPDA)
- ☐ Property Damage - Other (CISPDO)
- ☐ Personal Injury - Auto (CISPIA)
- ☐ Personal Injury - Other (CISPIO)
- ☐ Quiet Title (CISQIT)
- ☐ Real Estate Matter (CISREM)
- ☐ Wrongful Death (CISPID)
- ☐ Superior Court Other Civil Complaint (CISOCI)
- ☐ Writ of Habeas Corpus (CIWHC)
- ☐ Order to Show Cause Request by Admi Agncy (CIOSC)
- ☐ Civil Bench Warrant Request by Admin Agency (CIBW)

**Divorce Without Children**

- ☐ Divorce Without Children (CISDIV)

**Divorce or Custody With Children**

- ☐ Petition for Custody (CISCUS)
- ☐ Divorce With Children (CISDVC)