# CASE DESCRIPTION
*(For use at courts with CourtView case management system)*

Case Number: 3AN-06 -_____

Check the box below which best describes the case. Mark **one** box only. If the case in _____
injury and property damage, check the appropriate personal injury box.

## DISTRICT COURT MATTERS

### Civil District Court

- [ ] Civil Damages (CIDCID)
- [ ] Confession of Judgment (CIDCCONF)
- [ ] Debt (CIDDEB)
- [ ] Foreclosure (CIDFOR)
- [ ] Legal Malpractice (CIDLMP)
- [ ] Medical Malpractice (CIDMMP)
- [ ] Other Civil Action (CIDOCI)
- [ ] Other Contract (CIDOCT)
- [ ] Other Malpractice (CIDOMP)
- [ ] Property Damage Auto (CIDPDA)
- [ ] Property Damage Other (CIDPDO)
- [ ] Personal Injury Auto (CIDPIA)
- [ ] Personal Injury Other (CIDPIO)

### Forcible Entry and Detainer – District Court

- [ ] District Court FED with Damages (CIDFED)
- [ ] District Court FED – No Damages (CIDFEDND)

### Foreign Judgment – District Court

- [ ] Foreign Judgment – District Court (CIDFOJ)

## SUPERIOR COURT MATTERS

### Civil Superior Court

- [ ] Condemnation (CISCNDM)
- [ ] Confession of Judgment (CISCCONF)
- [x] Damages (CISCID)
- [ ] Debt – General (CISDEB)
- [ ] Election Contest or Recount Appeal (CISELE)
- [ ] Foreclosure (CISFOR)
- [ ] Injunctive Relief (CISINJ)
- [ ] Legal Malpractice (CISLMP)
- [ ] Medical Malpractice (CISMMP)
- [ ] Other Contract (CISOCT)
- [ ] Other Malpractice (CISOMP)
- [ ] Property Damage - Auto (CISPDA)
- [ ] Property Damage - Other (CISPDO)
- [ ] Personal Injury - Auto (CISPIA)
- [ ] Personal Injury - Other (CISPIO)
- [ ] Quiet Title (CISQIT)
- [ ] Real Estate Matter (CISREM)
- [ ] Wrongful Death (CISPID)
- [ ] Superior Court Other Civil Complaint (CISOCI)
- [ ] Writ of Habeas Corpus (CIWHC)
- [ ] Order to Show Cause Request by Admi Agncy (CIOSC)
- [ ] Civil Bench Warrant Request by Admin Agency (CIBW)

### Divorce Without Children

- [ ] Divorce Without Children (CISDIV)

### Divorce or Custody With Children

- [ ] Petition for Custody (CISCUS)
- [ ] Divorce With Children (CISDVC)

Continued On Back

Civil Rule 3(a)

CIV-125CV (1/04)(ht-front)
CASE DESCRIPTION FORM

| SUPERIOR COURT | SUPERIOR COURT MATTERS |
|---|---|
| **Appeal Administrative (To Superior Court)**<br>☐ DMV Appeal (CIADDMV)<br>☐ Administrative Agency Appeal (CIADR)<br>☐ Employment Security Appeal (CIADRESA)<br><br>**Appeal District Court (From District to Superior Court)**<br>☐ Civil or Small Claims Appeal (CIACI)<br>☐ Criminal Merit Appeal (CIACRM)<br>☐ Criminal Sentence Appeal (CIACRS)<br>☐ Minor Offense Appeal (CIAMO)<br><br>**Administrative Agency to Superior Court**<br>☐ Post Conviction Relief – District Court (CIDPCR)<br>☐ Post Conviction Relief – Superior Court (CISPCR)<br><br>**Petition for Review to Superior Court**<br>☐ Petition for Review from Admin. Agency (CIPRA)<br>☐ Petition for Review from District Court (CIPRD)<br><br>**Review Actions**<br>☐ CSED License Review Action (CICSED) | **Domestic Relations Other**<br>☐ Domestic Relations Foreign Judgment (CIDRFJ)<br>☐ Ex Parte Application for OSC for Failure to Comply with Admin Order for Genetic Testing (CIOSCP)<br>☐ Petition to Set Child Support Amount (CIPCS)<br>☐ Petition for Order re:PFD or Native Dividend (CIPND)<br>☐ Paternity (CISPAT)<br>☐ Petition to Require Paternity Test (CIPPT)<br>☐ Petition for Visitation (CIVIS)<br>☐ Registration of Foreign Support Order (CIFSO)<br>☐ Registration of Foreign Custody Order (DR483)<br>☐ UIFSA – Child Support/Payment (CIUIFSA)<br><br>**Forcible Enter and Detainer – Superior Court**<br>☐ FED with Damages (CISFEDWD)<br>☐ FED - No Damages (CIDFEDND)<br><br>**Foreign Judgment – Superior Court**<br>☐ Superior Court Foreign Judgment (CISFOJ)<br><br>**Superior Court Miscellaneous Petition**<br>☐ Superior Court Petition (CISPET) |

25CV (1/04)(ht-back)
DESCRIPTION FORM                                                                                   Civil Rule 3(a)