IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF SAND POINT, a )<br>Municpal Corporation, )<br>)<br>Defendant. )<br>) | No. 3AN-06-8712 CI |

## ENTRY OF APPEARANCE

COMES NOW David R. Edgren, undersigned, of Edgren Law Offices, LLC, and hereby enters his appearance as attorney of record for Plaintiffs in the above-captioned case. All future orders, pleadings and other filings in this matter should be served on Defendant through their attorneys to the attention of the undersigned at

Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska  99503

Telephone no. (907) 272-3325
Telefax no.  (907) 272-3317

Plaintiffs do not extend permission at this time for service by any party in opposition by telefax to the extent such service is allowed by consent under local rules of court.

DATED at Anchorage, Alaska, this 5th day of June, 2006.

                EDGREN LAW OFFICES, LLC

By: _____
     David R. Edgren
     Alaska Bar No: 9406058

**CERTIFICATION OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

_6-5-06_     _[signature]_
Date          R. Combs, Legal Asst.

**ENTRY OF APPEARANCE – PAGE 2 OF 2**

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317