IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, ) ) ) Plaintiffs, ) ) vs. ) ) CITY OF SAND POINT, a Municipal Corporation, ) ) Defendant. ) ) | No. 3AN-06-_8712_ CI |

**COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY,
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
AND FOR PUNITIVE DAMAGES**

COME NOW the Plaintiffs, by and through their attorneys, the Law Offices of Edgren Law Offices, LLC, and for their complaint in the above-captioned action, hereby asserts, avers and alleges as follows.

### THE PARTIES AND JURISDICTION

1. All causes of action and claims asserted herein arise under Alaska Statutes and common law.

2. Plaintiff are husband and wife and are residents and inhabitants of the City of Sand Point and of the Third Judicial District, State of Alaska.

Telephone (907) 272-3325
Facsimile (907) 272-3317

3. Defendant is a First-Class City and Municipal Corporation of the State of Alaska and, as such has the power to sue and be sued.

4. This complaint arises, as further asserted below, out of the unconstitutional and unlawful entry by members of Defendant's Police Department (the "Department") into Plaintiffs' residence, which resulted in various damages suffered by Plaintiffs, and each of them.

5. Based upon the foregoing, the court possesses jurisdiction over the parties and issues presented in this complaint.

6. Venue is proper because the claims asserted in this complaint arise in the Third Judicial District and the various acts and transactions at issue in this proceeding occurred in that judicial district.

## FACTUAL BACKGROUND

7. On June 5, 2004, former Sand Point Police Chief Joseph Shoemaker and City Police Officer Alvin Osterback entered the residence owned and occupied by Plaintiffs located on Red Cove Road, Sand Point, Alaska.

8. This entry was without a warrant and otherwise without a valid basis in the law.

9. Plaintiffs, who were asleep at the time immediately immediately prior to the entry, in no way consented to the entry.

10. At the time of the entry Plaintiffs' year and one-half year old granddaughter was being babysat by them and was sleeping in their room.

COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY,
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

11. Chief Shoemaker, after Plaintiffs refused to allow him and Officer Osterback entry into their residence and over Plaintiffs' objections, shoved the door open, lowered his shoulder and charged into the interior of Plaintiffs' home.

12. In doing so, Chief Shoemaker ran into Plaintiff Debra Gunderson, knocking her to the floor.

13. Officer Osterback followed Chief Shoemaker into Plaintiffs' home.

14. Chief Shoemaker and Officer Osterback remained inside Plaintiffs' home for over one hour over Plaintiffs' continued objections talking with one of Plaintiffs' family members.

15. Chief Shoemaker and Officer Osterback then left without taking any further action.

16. Plaintiff Debra Gunderson was only partially dressed at the time Chief Shoemaker and Officer Osterback entered Plaintiffs' residence and while they were inside.

17. Plaintiffs, and each of them, felt frightened, violated and humiliated by the actions of Chief Shoemaker and Officer Osterback.

18. On information and belief, at all times during the actions as described above, Chief Shoemaker and Officer Osterback were acting as officials or employees of the Sand Point Police Department and of Defendant, and within the scope of their office or employment.

COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY,
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

## FIRST CAUSE OF ACTION – TRESPASS BY DEFENDANT

19. Plaintiffs reallege and incorporate by reference paragraphs 1-18 of this complaint.

20. As heretofore pled in this complaint, Defendant has come onto and trespassed inside Plaintiffs' residence.

21. Under the facts and circumstances heretofor alleged, any negligence of Defendant, through its agents or employees Chief Shoemaker and Officer Osterback, in connection with the trespass was gross negligence.

22. As a result of Defendant's trespass, as aforesaid, Plaintiffs, and each of them, have been damaged in excess of $350,000.00, with the exact amount to be proven at trial, and Plaintiffs, and each of them, are entitled to an additional award of exemplary damages based solely upon the act of trespass itself.

## SECOND CAUSE OF ACTION – DEFAMATION AND OTHER INJURIES TO DIGNITY

23. Plaintiffs reallege and incorporate by reference paragraphs 1-22 of this complaint.

24. As heretofore pled in this complaint, Defendant, through its agents or employees Chief Shoemaker and Officer Osterback, trespassed in Plaintiffs' residence.

25. Said actions, under the circumstances stated in this complaint, have caused Plaintiffs, and each of them, to be defamed, and to suffer embarrassment, indignity and

Facsimile (907) 272-3317

COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY,
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

loss of reputation and standing upon which no precise amount can be placed but which is estimated by Plaintiffs to be in excess of $350,000.

## THIRD CAUSE OF ACTION –
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

26. Plaintiffs reallege and incorporate by reference paragraphs 1-25 of this complaint.

27. As heretofore pled in this complaint, Defendant, through its agents or employees Chief Shoemaker and Officer Osterback, trespassed in Plaintiffs' residence.

28. Said actions, under the circumstances stated in this complaint, have caused Plaintiffs, and each of them, to suffer extreme and outrageous severe and devastating emotional distress upon which no precise amount can be placed but which is estimated by Plaintiffs to be in excess of $350,000.

## FOURTH CAUSE OF ACTION –
### PUNITIVE DAMAGES

29. Plaintiff realleges and incorporates by reference paragraphs 1-28 of this complaint.

30. As heretofore pled in this complaint, the actions and conduct of the Defendant, through its agents or employees Chief Shoemaker and Officer Osterback, at all relevant times with respect to the matters at issue have been outrageous and in reckless indifference to the rights of Plaintiffs, and of each of them.

Telephone (907) 272-3325
Facsimile (907) 272-3317

COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY,
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

~~47.~~ 31. Plaintiffs, and each of them, are entitled, based upon the aforesaid actions and conduct of the Defendant to an award of punitive damages of $1,000,000.00 or in such other amount as is found reasonable and proper at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this court:

1. Find Defendant to be liable to Plaintiff for exemplary damages based on the trespass in Plaintiffs' residence of its agents or employees Chief Shoemaker and Officer Osterback, and award said damages to Plaintiffs.

2. Find that Defendant liable to Plaintiffs, and each of them, for defamation, and for Plaintiffs' suffering of embarrassment, indignity and loss of reputation and standing in the amount of $350,000.00, or in such other amount as is proven at trial, and award said damages to Plaintiffs.

3. Find that Defendant liable to Plaintiffs, and each of them, for negligent infliction of emotional distress in the amount of $350,000.00, or in such other amount as is proven at trial, and award said damages to Plaintiffs.

4. Find the conduct and actions of Defendant, through its agents or employees Chief Shoemaker and Officer Osterback, at all relevant times with respect to the matters at issue to have been outrageous and in reckless indifference to the rights of Plaintiffs, and each of them, and award Plaintiffs punitive damages consistent with the foregoing findings in the amount of $1,000,000.00, or in such other amount as is found reasonable and proper at trial.

**COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY,
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

Facsimile (907) 272-3317

5. Award Plaintiffs their attorney's fees and costs of the action.

6. Award Plaintiffs such other and further relief as is appropriate and just in the premises.

DATED at Anchorage, Alaska this 5th day of June, 2006.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

CERTIFICATION OF TYPEFACE AND FONT SIZE

I CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

6-5-06
Date           R. Combs, Legal Asst.

COMPLAINT FOR TRESPASS,
DEFAMATION AND OTHER INJURIES TO DIGNITY