IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CITY OF SAND POINT, a )<br>Municpal Corporation, )<br>)<br>Defendant. )<br>) | <br><br>06- 8712 CI<br><br>No. 3AN-06-___ CI |

### CERTIFICATE OF SERVICE

COMES NOW the Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby gives this notice to the court, Defendants and all interested third parties, of the delivery of a copy of the Entry of Appearance, the Complaint for Trespass, Defamation and Other Injuries to Dignity, Negligent Infliction of Emotional Distress and for Punitive Damages and a copy of this Certificate of Service, by regular mail, postage pre-paid, to the City Clerk, City of Sand Point, Alaska.

DATED at Anchorage, Alaska, this 8th day of June, 2006.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

CERTIFICATION OF TYPEFACE AND FONT SIZE

I CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

6-8-06
Date        R. Combs, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317