IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

DEBBIE and PAUL K. GUNDERSON, husband and wife,

              Plaintiff(s),

vs.

CITY OF SAND POINT, a Municipal Corporation

              Defendant(s).

CASE NO. 3AN-06-8712 CI

SUMMONS
AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: City of Sand Point

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Eldred Law Offices, LLC, whose address is: 1150 E. Fireweed Ln, Suite 201, Anchorage, AK 99503.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Stowers.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

6/5/06
Date

By: A. Stanley
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.