Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,  )<br>)<br>     Plaintiffs,      )<br>)<br>     v.             )<br>)<br>CITY OF SAND POINT, a  )<br>Municipal Corporation, )<br>)<br>     Defendant.     ) <br>_____) | Case No.:3:06-cv-00157 (TMB) |

SCHEDULING AND PLANNING CONFERENCE REPORT

1.   **Meeting.**   In accordance with F.R.Civ.P. 26(f), a meeting was held on August 3, 2006 and was attended by:

    David Edgren, attorney for plaintiffs.

    Michael D. Corey, attorney for defendants.

The parties recommend the following:

2.   **Pre-Discovery Disclosures:**   The information required by F.R.Civ.P. 26(a)(1):

    ____ have been exchanged by the parties

     **X**  will be exchanged by the parties by September 15, 2006

Proposed changes to disclosure requirements:

Preliminary witness lists

    \_\_\_\_ have been exchanged by the parties

    **X** will be exchanged by the parties by September 15, 2006

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability and Damages

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

Depositions of plaintiffs and defendants concerning the events of the particular evening as contained within Plaintiffs' Complaint.

    B. All discovery commenced in time to be completed by September 1, 2007.

    C. Limitations on Discovery.

        1. Interrogatories

          **X** No change from F.R.Civ.P. 33(a)

          \_\_\_\_ Maximum of \_\_\_ by each party to any other party.

          Responses due in \_\_\_ days.

        2. Request for Admissions.

          **X** No change from F.R.Civ.P. 36(a)

          \_\_\_ Maximum of \_\_\_ requests.

          Responses due in \_\_\_ days.

        3. Depositions.

          **X** No change from F.R.Civ.P. 36(a),(d).

\_\_\_\_   Maximum of \_\_\_ depositions by each party.

   Depositions not to exceed \_\_\_ hours unless agreed to by all parties.

D.   Reports from retained experts.

**X**   Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

\_\_\_   Reports due:

From plaintiff (insert date)
From defendant(insert date)

E.   Supplementation of disclosures and discovery responses are to be made:

\_\_\_   Periodically at 60-day intervals from the entry of scheduling and planning order.

**X**   As new information is acquired, but not later than 60 days before the close of discovery.

F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

**X**   45 days prior to the close of discovery.

\_\_\_   Not later than

5. **Pretrial Motions.**

**X**   No change from D.Ak.LR 16.1(c).

The following changes from D.Ak.LR 16.1(c).[Check and complete all that apply]

\_\_\_   Motions to amend pleadings or add parties to be filed not later than _____.

\_\_\_   Motions under the discovery rules must be filed not later than _____.

\_\_\_   Motions in limine and dispositive motions must be filed not later than _____.

6. **Other Provisions:**

   A. **X** The parties do not request a conference with the court before the entry of the scheduling order.

   ___ The parties request a scheduling conference with the court on the following issues:

   B. Alternative Dispute Resolution. [D.Ak.LR 6.2]

   ___ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   **X** The parties will file a request for alternative dispute resolution not later than September 1, 2007.

   ___ Mediation   ___ Early Neutral Evaluation

   C. The parties ___ do **X** not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ___ All parties have complied   **X** Compliance is not required by any party

7. **Trial.**

   A. This matter will be ready for trial:

   ___ 45 days after the discovery close date.

   **X** not later than November, 2007.

   B. This matter is expected to take 5 days to try.

   C. Jury Demanded **X** Yes   ___ No

   Right to jury trial disputed?   ___ Yes   **X** No.

The parties further represent to this Court that they have agreed that counsel for defendants may sign on behalf of counsel for plaintiffs.

Respectfully submitted this 4th day of August, 2006 at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 4th day of August, 2006 a copy of the foregoing SCHEDULING AND PLANNING CONFERENCE REPORT was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey