# Sand Point Department of Public Safety
## Incident Report
### Form 1

| Case # 04-067 | Call For Service # | ALERT Control # | Report Date: 6/5/04 Time: 0305 |
|---|---|---|---|
| Reporting Officer: 101 | Units Involved: 104 | | |
| Case Type: Incident | Violation: REDDI/DWI/Felony Fleeing | | |

| Incident Occurred | | | |
|---|---|---|---|
| From Date: 6-05-04 | Time: 0248 | To Date: 6-5-04 | Time: 0412 |

### Incident Location

| No. 445 | Street: Redcove Road | Apt.: | City: Sand Point |
|---|---|---|---|
| Domestic Violence ☐ Y ☒ N | Domestic Violence Weapon: N/A | Substance Related: Alcohol | |

### Involved Parties
### Personal Information

**Party # 1** | Involvement Code: Other | Party Disposition: Not Arrested

| Name Last: Gundersen | First: Paul | MI: K | DOB: 02-16-84 | Place of Birth: Alaska |
|---|---|---|---|---|
| Address: 445 Redcove Road | PO Box 94 | City: Sand Point | State: AK | Zip: 99661 | Phone: |

| Occupation/Employer: | Bus. Phone: | Sex: Male | Race: White | HT: 511 | WT: 180 | Hair: Brown | Eyes: Brown |
|---|---|---|---|---|---|---|---|

| Victim of Violent Crime Notification: ☐-Yes ☒-No | Officer Safety Hazard ☐-Yes ☒-No | Arrest Date: 02-21-04 | Arrest Time: 0130 |
|---|---|---|---|
| OL/ID #: 7023735 | State: AK | ATN#: | SSN: 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 | Other ID#: |

Alias Info.
Miscellaneous Information: Also known as "Paul Paul"

**Party #** | Involvement Code: Witness | Party Disposition: N/A

| Name Last: | First: | MI: | DOB: | Place of Birth: |
|---|---|---|---|---|
| Address: | PO Box | City: | State: | Zip: | Phone: |

| Occupation/Employer: | Bus. Phone: | Sex: Male | Race: White | HT: | WT: | Hair: Brown | Eyes: Green |
|---|---|---|---|---|---|---|---|

| Victim of Violent Crime Notification: ☐-Yes ☒-No | Officer Safety Hazard ☐-Yes ☒-No | Arrest Date: | Arrest Time: |
|---|---|---|---|
| OL/ID #: | State: | ATN#: | SSN: | Other ID#: |

Alias Info.
Miscellaneous Information:

## Incident Narrative:

SEE ATTACHED NARRATIVE:

**RECEIVED**
JUN 19 2006
AMLJIA ANCHORAGE

Case # 04-067

Page 1 of 6

Exhibit A
Page 1 of 8

**Sand Point**
**Department of Public Safety**

Case Number: 04-007

Reporting Person: Chief Shoemaker                                  Date: 6-05-04

Case Title: INFORMATION/ MCA, FEL. ELUDING, DUI VERBAL WARNING

---

### NOTIFICATION:

On 6-5-04 at about 0305 hours, the Sand Point Dispatcher informed me that an unidentified female caller reported that "Paul-Paul" Gundersen (Paul K. Gundersen III) was driving in his silver colored Chevy truck drunk (REDDI Report). The caller told the dispatcher that they drink and drive a lot.

### SYNOPSIS:

On 6-5-04 at about 0248 hours, an unknown female caller telephoned the DPS Dispatcher advising that Paul K. Gundersen III was driving his grey colored truck drunk.

On 6-5-04 at about 0412 hours, Chief Joseph V. Shoemaker saw the suspect vehicle speeding (approx. 45 M.P.H. in a posted 25 M.P.H. speed zone) on Sand Point Ave, Nagai Ave, and Red Cove Road, then failed to stop for Chief Shoemaker's police emergency vehicle's lights for a distance of 1 mile. The vehicle continued to speed and failed to stop for the stop sign, located at the intersection of Red Cove Road and Kelly Ave while being pursued.

Shoemaker observed the vehicle's occupant (Paul K. Gundersen III) flee from the vehicle's drivers seat into the Gundersen's residence, located at 445 Red Cove Road.

Shoemaker's attempts to contact Gundersen III met with verbal and physical resistance from Debbie Gundersen and Paul K. Gundersen II (Gundersen III's mother and father and co-occupants at the residence) and Paul K. Gundersen III.

Considering Gundersen III's simple admission, inconsistent story and constant denials of the offense, coupled with the opposition from the family, Chief Shoemaker determined a verbal warning would serve well in this matter. Verbal warning was issued to Gundersen III for Speeding, M.I.P.C, DUI, and Felony Eluding. A verbal warning was issued to D. Gundersen for Interfering.

### NARRATIVE:

On 6-5-04 at about 0412 hours, while driving my marked Sand Point Police vehicle, South on Sand Point Ave adjacent Harry Foster's residence (312 Sand Point Avenue) I saw truck traveling North on Sand Point avenue at a high rate of speed. When I first saw the truck, it was adjacent the Sand Point Clinic. I slowed my vehicle down and the truck continued to

---

Typed By / Date: [signature] 6-5-04                    Exhibit A
                                                        Page 2 of 8

**Sand Point**
**Department of Public Safety**

Case Number: 04-067

Reporting Person: Chief Shoemaker                                      Date: 6-05-04

Case Title: INFORMATION/ MCA, FEL. ELUDING, DUI VERBAL WARNING

---

## NARRATIVE (CONTINUED):

increase its speed as it passed me near the Sand Point Ave and Nagai Street intersection. I could see that the truck matched the description of the REDDI report issued for Gundersen III's silver colored truck. The truck's windows were too dark for me to make a positive identification of Gundersen III. I turned on my vehicle's emergency lights before the vehicle passed me and made a u-turn on Sand Point Avenue. I estimate the truck was traveling at least 45 M.P.H. in a marked 25 M.P.H. speed zone. As I tried to decrease the distance between the truck and my vehicle, the truck increased its speed.

I could see the truck slide as it turned left from Sand Point Avenue, onto Nagai Avenue at a high rate of speed. The truck continued on Nagai Ave. for about 100 feet, then turned left onto Red Cove Road. I then watched as the truck drove at a high rate of speed through the three-way stop intersection, located at the Red Cove Rd and Kelly Ave. intersection. The 3-way intersection at Kelly Ave and Red Cove Road intersection is located on a curve and on top of a hill. As the truck drove through the intersection it traveled outside my view momentarily. I saw no signs of any tails lights at the intersection, which would indicate braking of the truck. At my rate of speed, if the truck had stopped, I would have seen it at the intersection. I assume the truck did not stop for the three way stop signs at the intersection. I then watched as the truck drove into the drive-way and stop in Gundersen III's drive-way. From my vehicle's position I could see that the driver, Gundersen III quickly exited the truck and ran into his residence.

I pulled into and stopped behind Gundersen III's truck. After I exited my vehicle, I felt the hood of the truck and felt heat coming from the engine compartment. I saw that the keys were not in the truck's ignition. I saw an empty beer bottle and beer can in the bed of the truck. I saw one set of fresh wet foot prints leading from the front porch area, through the resident's corridor area (under construction, without door, and open) and into the doorway of the house.

I knocked and announced myself numerous times in an attempt to have Gundersen III answer the door of the residence. I then asked the Dispatcher to try to call the occupants of the residence, in an effort to summons someone to the door. After awhile, the dispatcher informed me no one would answer the telephone. I continued to knock and announce my presence several more times before Gundersen III's father; Paul K. Gundersen II, finally answered the door.

I explained my presence to Gundersen II and asked to speak to Gundersen III. Gundersen II closed the front door and walked back into the house, later returning, saying that Gundersen II was asleep, was not drinking, and did not want to talk with the police. I stressed my need to

---

Typed By / Date: _J.K. Shoemaker_ 6-5-04                Exhibit __A__   Page 3
                                                         Page __3__ of __8__

**Sand Point**
**Department of Public Safety**

Case Number: 04-067

Reporting Person: Chief Shoemaker

Date: 6-05-04

Case Title: INFORMATION/ MCA, FEL. ELUDING, DUI VERBAL WARNING

---

## NARRATIVE (CONTINUED):

speak with Gundersen III and again asked for Gundersen II to have Gundersen III come and speak with me.

Mrs. Debbie Gundersen came to the door saying it was too late at night and to come back tomorrow to speak with Gundersen III. I explained that witnesses had seen Gundersen III driving his truck drunk and called it in as a REDDI report. I told D. Gundersen after seeing Gundersen III's truck speeding up Sand Point Ave, I turned on my emergency lights and attempted to stop it, but it sped away at a high rate of speed in an attempt to elude me. I also informed D. Gundersen that the truck then sped through the three way stop at the intersection of Red Cove and Kelly Ave without stopping. I told D. Gundersen that these offenses made the eluding a felony offense. I then informed D. Gundersen, based upon this information I had a right to either enter her house or get an arrest warrant for Gundersen III's. I attempted to explain that Gundersen III made himself a fleeing felony when he violated those traffic laws as I was attempting to pull him over. D. Gundersen continued to refuse to summons Gundersen III to the door.

As D. Gundersen and I were speaking, Gundersen III walked by the entryway doorway, traveling down the hallway. Gundersen III looked at me as he walked by. I could see his flushed red colored face and red, watery eyes. I asked Gundersen III to come back and speak with me five separate times, before he returned to the corner of the hallway, but refused to walk closer to me. Gundersen III said he had not been driving his truck and it has been at home all night. I told Gundersen III that I just chased the truck into his driveway after I had attempted to pull it over with my emergency lights on. I told Gundersen III that action constitutes a felony eluding. Gundersen III then said that the trucks been back for the past two hours, and he returned home two hours ago. Gundersen III said he has not been drinking alcoholic beverages.

At this time Gundersen III quickly darted around the corner towards the living room as I was explaining to D. Gundersen that I could not come back tomorrow. As D. Gundersen noticed that Gundersen III had fled into the house, she quickly attempted to close the entry door to her residence. I yelled out to Gundersen III to return, but he continued to flee as D. Gundersen continued to close the front door. By never being inside the Gundersen residence, I was not familiar with how many exits it had, or if there were weapons in the area that Gundersen III was fleeing to.

In an attempt to stop Gundersen III from escaping or obtaining a weapon to harm Officer Osterback and me, I carefully pushed the door open in an attempt not to harm D. Gundersen as I continued to explain that I could not let Gundersen III evade me any further. I then

---

Typed By / Date: _JK Shoemaker_  6-5-04

Exhibit A
Page 4 of 8

**Sand Point**
**Department of Public Safety**

Case Number: 04-067

Reporting Person: Chief Shoemaker

Date: 6-05-04

Case Title: INFORMATION/ MCA, FEL. ELUDING, DUI VERBAL WARNING

---

## NARRATIVE (CONTINUED):

walked into the Gundersen residence entryway, just enough so I could observe Gundersen III. D. Gundersen screamed for me to get out of her house as she stepped in front of me in attempt to block my entry. In D. Gundersen's attempt to block my entry, she raised her arm and struck my face. I managed to squeeze by D. Gundersen and was able to see Gundersen III standing in the living room/kitchen area of the residence. I stopped and politely asked the occupants of the house to listen to me. D. Gundersen said O.K. Gundersen II walked out of the back of the house and said, "O.K. fine, but this is really wrong. I again attempted to explain to them that I had a right to pursue a fleeing felony suspect into their residence. This heated incident described in this paragraph lasted for about 10-12 seconds. Things then seemed to calm down enough that the occupants of the house were again listening to what I was saying.

I then read Gundersen III his Miranda warnings (per a Miranda warnings card), to which he said he understood. Gundersen III did not say or indicate he wanted a lawyer, but continued to talk. At no time did Gundersen III indicate he wanted a lawyer. I fully explained the REDDI report and the eluding incident again to Gundersen III. Gundersen III denied being the driver of the truck. Gundersen III repeatedly said his keys are in the ignition of his truck and continued to invite me to go look. While Gundersen III and I were talking, D. Gundersen told Gundersen III he could just get a lawyer, Gundersen III told her that he knows, then continued to talk with me without any regards to a lawyer.

As Gundersen III and I were taking, I could smell the odor of alcoholic beverage on his breath and person. When I asked Gundersen III who was driving his truck if it wasn't him, and about drinking, he changed the subject by saying he told me that he had been in bed since 0100 hours. NOTE: This questioning took place between 0421 and 0442 hours. Before, Gundersen III told me he had been home for 2 hours, which would have been around 0221 hours instead of 0100 hours.

When I asked Gundersen III to participate in a Horizontal Gaze Nystagmus Test, he acted like he was going to participate. Gundersen III then paused and asked me why I was doing this stuff to him. Gundersen III then started to run off toward the back of the house. As he was fleeing, I made a slight attempt to grab his arm, but he pulled away, yelling that I could not touch him. Gundersen III stopped on his on, then returned to the living room area where I was waiting on him.

After Gundersen III returned, I informed him that I knew he wasn't being truthful with me. Gundersen III then said, "If I admit it, then I'm fucked".

---

Typed By / Date: _[signature]_ 6-5-04

Exhibit A
Page 5 of 8



Reporting Person: Chief Shoemaker

Date: 6-05-04

Case Title: INFORMATION/ MCA, FEL. ELUDING, DUI VERBAL WARNING

---

### NARRATIVE (CONTINUED):

Gundersen III asked me how anybody could identify someone at 0345 hours driving in the dark. Growing tired of the continued denials from Gundersen III, I elected to issue a verbal warning to Gundersen III for Speeding, DUI, Felony Eluding, and Minor in Possession of Alcohol, as well as to D. Gundersen for Interfering.

I departed the residence without further incident. I entered the Gundersen residence at about 0421 hours and departed at about 0442 hours on 6-05-04.

### NOTIFICATION:

On 6-5-04 at about 0700 hours, I telephoned and briefed Mayor Gardner about the above incident.

### EVIDENCE:

Tag # 1...Micro Tape (end of pursuit through Gundersen III's contact).
Tag # 2...Micro Tape (Just before knocking on Gundersen's door while Osterback wqas present).
Tag # 3...Radio Dispatch Tape.
Tag # 4...911 Dispatcher's tape.

*ITEMS # 1-4 R.T.S. 11-10-05*

### OTHER OFFICERS INVOLVED:

Sand Point Police Officer Alvin Osterback.

### CASE STATUS:

Closed.

---

Typed By / Date: 6-5-04 [signature]

RECEIVED
JUN 19 2006
AMLIJIA ANCHORAGE

DISPATCH LOG

| TIME | TO | FROM | TRANSMISSION |
|------|------|------|--------------|
| | | | 6-5-04 |
| 0055 | 2465 | ? | Jim Neumann needs to speak w/ 101. |
| 0109 | D | 101 | 10-19 -?- visual only |
| 0116 | D | 101 | 10-6 |
| 0148 | D | 104 | 10-36 Silver Nissan pickup possible 10-55 |
| 0152 | 104 | D | 10-60/ Still 10-6 w/subject |
| 0156 | D | 104 | 10-19 Sppd w/ 34 YOM |
| 0158 | 2465 | 3151 | M. Neumann needs Tara Carr's # / 5607 # 108 |
| 0201 | 104 | D | 10-60/ 10-6 sppd |
| 0212 | D | 104 | 10-19 w/ 1 male (10-86) |
| 0219 | 104 | D | 10-8 |
| 0248 | 911 | 2485 | Anon female caller rep. Paul Gundersen is driving drunk, left apt hill, in gray Chevy P/U + 2 others (stated name of others but are males) Caller adds P. Gundersen is known for drinking + driving. |
| 0248 | 104 | D | Reddi report Silver Chevy P/U. |
| 0300 | D | 104 | 10-19 your 11-7 |
| 0316 | D | 104 | Negative |
| 0332 | D | 104 | Radio check / 10-2 |
| 0337 | 104 | D | Fire/EMS channel Radio check / 10-2 |
| 0337 | - | - | Police TA radio check / Dead 10-3 |
| 0355 | D | 101 | 10-60 Neumann res. |
| 0358 | D | 101 | 10-4 10-8 |
| 039 | 101 | 104 | 10-83 |

→ 0305 Adv. 101, in person, about REDDI Rpt

My notes ✓ S Hoemaker ↓

Initial Rep. of REDDI from anon. F/M caller to Dispatcher

Dispatchers notification of REDDI to ofcr. Osterback

Exhibit A
Page 7 of 8

Initial Reddi Report from Dispatcher to Chief Shoemaker

## DISPATCH LOG

6-5-04

| TIME | TO | FROM | TRAFFIC |
|---|---|---|---|
| 0411 | 104 | 101 | SP Blvd up Nagai |
| 0412 | D | 101 | He ran into Mother's house 10-6 pkg |
| 0415 | 101 | D | 10-60/10-4/10-8? / neg waiting @ door for answer |
| 0418 | D | 101 | Time of Reddi /0248/ Call Gundersen's to answer door |
| 0420 | 5458 | 911 | 10-83 - Dispatchers info = No one answered the phone |
| 0421 | D | 101 | 10-22 someone @ door |
| 0425 | 101 | D | 10-60/10-4 |
| 0430 | 101 | D | 10-60/10-4 |
| 0435 | 101/104 | D | 10-60/10-4 |
| 0440 | 101/104 | D | 10-60/none rqd. |
| 0442 | D | 101 | Verbal warning MCA 10-8 |
| 0442 | D | 104 | 10-8 |
| 0602 | D | Res1 Eng1 | 10-19 Airport w/ 151, 152, 131, 132 |
| 0613 | D | Res1 Eng1 | 10-6 Airport |
| 0618 | D | Res1 | No sign of Tenix call them / 10-4 |
| 0619 | 4775 | 2465 | 10-83 |
| 0623 | 6023 | 2465 | Adv. Tenix not there / Adv. to go to PeterPan |
| 0625 | Res1 | D | 133 adv. to make contact @ PeterPan - 10-83 on 10-21/10-4 |
| 0626 | D | Res1 | 10-19 to Airport. Tenix is on way. |
| 0646 | D | 151 | Eng1 10-19 refill, Res. 1 10-19 FH |
| 0658 | D | 151 | Rescue1 10-8 10-21 FH |
| 0712 | D | Eng1 | 10-8 |
| 0724 | D | 151 | Item for Res1 repaired 10-8 |

0805 5726 2465 — Lori needs Allen to repair broken electrical cord for Rescue1
0702 6023 2465 — Adv. Allen of Cord.

*Margin annotations:*
- Chief's pursuit, notification to Ofcr Osterback
- Chief's update to dispatch
- Sec. check & chiefs that no one will answer door
- Chief confirming time of Reddi. Reported to dispatcher for Gundersens Res. answer door
- Chief to dispatch that someone answered door
- Chief/Osterback info. to dispatcher they're leaving Gundersens w/ verbal warning