UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

```
DEBBIE and PAUL K. GUNDERSON,  )
husband and wife,              )
                               )
          Plaintiffs,          )
                               )
     v.                        )
                               )
CITY OF SAND POINT, a          )
Municipal Corporation,         )
                               )
          Defendant.           ) Case No.:3:06-cv-00157 (TMB)
_____)
```

## (PROPOSED) ORDER GRANTING CITY OF SAND POINT'S MOTION FOR SUMMARY JUDGMENT

This Court having fully considered the City of Sand Point's Motion for Summary Judgment, hereby GRANTS Sand Point's Motion filed at Docket Number _____ with a determination that Plaintiffs' Complaint is dismissed in its entirety, with prejudice.


DATED:_____          _____
                                Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on this 8th day of November, 2006 a copy of the foregoing (PROPOSED) ORDER GRANTING CITY OF SAND POINT'S MOTION FOR SUMMARY JUDGMENT was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey