RECEIVED
NOV 3 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

DEBBIE and PAUL K. )
GUNDERSON, husband and wife, )
                                           )
                  Plaintiffs, )
                                         )
vs. )
                                         )
CITY OF SAND POINT, a )
Municpal Corporation, )
                                         )
                  Defendant. )   Case No. 3:06-cv-00157-TMB

## NON-OPPOSED MOTION FOR EXTENSION OF TIME AND ORDER

### MOTION

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby moves and requests that, on good cause shown, the court grant an extension of time until Monday, December 18, 2006, for the filing of Plaintiff's opposition to the Motion for Summary Judgment. There is good cause to grant this extension, as Plaintiff's lawyer has been out of the office ill most of the past few weeks. The undersigned certifies by his signature below that this extension is not requested for the purposes of delay or hindrance, or for any other improper purpose. The undersigned is authorized to state that opposing counsel is non-opposed to the extension.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

DATED at Anchorage, Alaska, this 30th day of November, 2006.

                                                EDGREN LAW OFFICES, LLC

                                                By: _____
                                                David R. Edgren
                                                Alaska Bar No. 9406058

ORDER

THE COURT, having had Plaintiffs' motion for extension of time to file Plaintiffs' opposition to the Motion for Summary Judgment, and having found good cause for granting the extension, now; therefor

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and they shall have until December 18, 2006, to file their opposition.

ENTERED at Anchorage, Alaska, this _____ day of _____, 2006.

                                                _____
                                                TIMOTHY M. BURGESS
                                                United States District Judge

**CERTIFICATION OF SERVICE**
**AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

12-1-06  _____
Date          R. Combs, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

NON-OPPOSED MOTION FOR EXTENSION OF TIME
AND ORDER
--PAGE 2 OF 2