RECEIVED
DEC 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAND POINT, a Municpal Corporation,<br><br>Defendant. | Case No. 3:06-cv-00157-TMB |

### SECOND NON-OPPOSED MOTION FOR EXTENSION OF TIME AND ORDER

#### MOTION

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby moves and requests that, on good cause shown, the court grant a second extension of time until Monday, January 8, 2007, for the filing of Plaintiff's opposition to the Motion for Summary Judgment. There is good cause to grant this extension, as Plaintiff's lawyer has been completely engaged in working on an appellate brief to the Alaska Supreme Court, and the parties are still considering possible amicable resolution of the case. Further, the undersigned will be leaving the state over the holidays to visit his son who is hospitalized in the State of Texas. The undersigned certifies by his signature below that this extension is not requested for the purposes of delay or hindrance, or for

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

any other opposed to the extension. improper purpose. The undersigned is authorized to state that opposing counsel is not opposed to the granting of this extension.

DATED at Anchorage, Alaska, this 19th day of December, 2006.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

### ORDER

THE COURT, having had Plaintiffs' motion for further extension of time to file Plaintiffs' opposition to the pending Motion for Summary Judgment, and having found good cause for granting the extension, now; therefor

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and they shall have until January 8, 2007, to file their opposition.

ENTERED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
United States District Judge

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

12-19-06
Date         R. Combs, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**SECOND NON-OPPOSED MOTION FOR EXTENSION OF TIME
AND ORDER
--PAGE 2 OF 2**