Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT

DEC 19 2006

Clerk of the Trial Courts
By_____Deputy

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## THIRD JUDICIAL DISTRICT AT ANCHORAGE

DEBBIE and PAUL K. )
GUNDERSON, husband and wife, )
 )
       Plaintiffs, )
 )
vs. )
 )
CITY OF SAND POINT, a )
Municpal Corporation, )
 )
       Defendant. )
 )

RECEIVED

DEC 2 2 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3:06-cv-00157-TMB

No. 3AN-06-___ CI

## NOTICE OF ABSENCE

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby gives this notice to the court, Defendant and all interested third parties that undersigned counsel, who is a sole practitioner, will be out of the State of Alaska tending to a hospitalized family member between the dates of December 26, 2006 and January 2, 2007. It is requested as a courtesy that there be no routine orders entered, filings made or proceedings scheduled during this period. This courtesy is noted as appreciated in advance. Any deadlines applying to the opposing party during this period should be considered stipulated hereby to be extended until January 3, 2006.

DATED at Anchorage, Alaska, this 18th day of December, 2006.

           EDGREN LAW OFFICES, LLC

           By: _____
           David R. Edgren
           Alaska Bar No. 9406058

**EDGREN LAW OFFICES, LLC**
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

12-18-06
Date       R. Combs, Legal Asst.



Document Returned
☐ Due to incorrect or no case #
☐ Per Civil Rule 5
☐ Other
Correct # is _____

Date Corrected    Your Name