RECEIVED
JAN 08 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

DEBBIE and PAUL K. GUNDERSON, husband and wife, )
)
Plaintiffs, )
)
vs. )
)
CITY OF SAND POINT, a )
Municpal Corporation, )
)
Defendant. )   Case No. 3:06-cv-00157-TMB
)

### THIRD NON-OPPOSED MOTION FOR EXTENSION OF TIME AND ORDER

#### MOTION

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby moves and requests that, on good cause shown, the court grant a third extension of time until Friday, January 12, 2007, for the filing of Plaintiff's opposition to the Motion for Summary Judgment. There is good cause to grant this extension, as Plaintiff's lawyer was out of town until January 3rd visiting his son who is hospitalized in the State of Texas. Unexpected personal concerns needed to be dealt with upon his return and today, Monday, January 8th is his first day back in the office. The undersigned certifies by his signature below that this extension is not requested for the purposes of delay or hindrance, or for any other improper purpose. The undersigned is authorized

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

to state that opposing counsel is not opposed to the granting of this extension.

DATED at Anchorage, Alaska, this 8th day of January, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

### ORDER

THE COURT, having had Plaintiffs' motion for further extension of time to file Plaintiffs' opposition to the pending Motion for Summary Judgment, and having found good cause for granting the extension, now; therefor

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and they shall have until January 12, 2007, to file their opposition.

ENTERED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
TIMOTHY M. BURGESS
United States District Judge

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

1-8-07
Date        R. Combs, Legal Asst.

**EDGREN LAW OFFICES, LLC**
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**THIRD NON-OPPOSED MOTION FOR EXTENSION OF TIME
AND ORDER
--PAGE 2 OF 2**