IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

DEBBIE and PAUL K. GUNDERSON, husband and wife, )
)
Plaintiffs, )
)
vs. )
)
CITY OF SAND POINT, a )
Municpal Corporation, )
)
Defendant. )
)

Case No. 3:06-cv-00157-TMB

RECEIVED

JAN 1 7 2007

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**FIFTH NON-OPPOSED MOTION FOR EXTENSION OF TIME AND ORDER**

MOTION

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby moves and requests that, on good cause shown, the court grant a fifth extension of time until Monday, January 22, 2007, for the filing of Plaintiff's opposition to the Motion for Summary Judgment. There is good cause to grant this extension, as Plaintiff's attorney has been unable to schedule a conference with his client. He plans to do so on Friday and will file the opposition on Monday. The undersigned certifies by his signature below that this extension is not requested for the purposes of delay or hindrance, or for any other improper purpose. The undersigned is authorized to state that opposing

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

counsel is not opposed to the granting of this extension.

DATED at Anchorage, Alaska, this 17th day of January, 2007.

> EDGREN LAW OFFICES, LLC
>
> By: /s/ David R. Edgren
> David R. Edgren
> Alaska Bar No. 9406058

### ORDER

THE COURT, having had Plaintiffs' motion for further extension of time to file Plaintiffs' opposition to the pending Motion for Summary Judgment, and having found good cause for granting the extension, now; therefor

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and they shall have until January 22, 2007, to file their opposition.

ENTERED at Anchorage, Alaska, this _____ day of _____, 2007.

_____
TIMOTHY M. BURGESS
United States District Judge

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

1-17-07    /s/ R. Combs, Legal Asst.
Date

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**FIFTH NON-OPPOSED MOTION FOR EXTENSION OF TIME
AND ORDER
--PAGE 2 OF 2**