IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAND POINT, a Municpal Corporation,<br><br>Defendant. | Case No. 3:06-cv-00157-TMB |

## UNOPPOSED MOTION TO ACCEPT LATE FILED OPPOSITION TO SUMMARY JUDGMENT

COMES NOW PLAINTIFFS, by and through their attorneys, Edgren Law Offices, LLC, and hereby requests and moves that the court accept Plaintiff's late-filed opposition to summary judgment in the above-captioned proceedings. There is good cause for accepting the opposition late-filed as the undersigned injured his eye over the weekend and was unable to work as he had planned, nor was he able to come into the office yesterday or today. This motion is unopposed by opposing counsel.

DATED at Anchorage, Alaska, this 23rd day of January, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

1-23-07
Date                    B. Combs, Legal Asst.

**UNOPPOSED MOTION TO ACCEPT LATE FILED
OPPOSITION TO SUMMARY JUDGMENT
---PAGE 2 OF 2**