LODGED
JAN 2 3 2007

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA
### ANCHORAGE DIVISION

DEBBIE and PAUL K.                    )
GUNDERSON, husband and wife,          )
                                      )
      Plaintiffs,                    )
                                      )
vs.                                   )
                                      )
CITY OF SAND POINT, a                 )
Municpal Corporation,                 )
                                      )
      Defendant.                     )    Case No. 3:06-cv-00157-TMB
                                      )

## ORDER

ON GOOD CAUSE SHOWN, now, therefor

IT IS ORDERED that Plaintiff's opposition to summary judgment is ACCEPTED

as if timely filed based on excusable neglect.

ENTERED at Anchorage, Alaska, this _____ day of January, 2007.

_____
TIMOTHY M. BURGESS
FEDERAL DISTRICT COURT JUDGE

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by
USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is
prepared in Times New Roman typeface with a 13
point type size.

6-23-07
Date          R. Combs, Legal Asst.

EDGREN LAW OFFICES, LLC

750 East Fireweed, Suite 201
Anchorage, Alaska 99503

Telephone (907) 272-3325
Facsimile (907) 272-3317