IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

RECEIVED
JAN 2 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

DEBBIE and PAUL K. )
GUNDERSON, husband and wife, )
)
          Plaintiffs, )
)
vs. )
)
CITY OF SAND POINT, a )
Municpal Corporation, )
)
          Defendant. ) Case No. 3:06-cv-00157-TMB
)

AFFIDAVIT OF PAUL K. GUNDERSON

YOUR AFFIANT, Paul K. Gunderson, Jr., under oath, deposes and states as follows:

1. I am one of the Plaintiffs in this action. I am over the age of 18, am of sound and clear mind, and have personal knowledge of the things I say.

2. I write this affidavit to memorialize before further time passes my recollection of the events and circumstances of June 5, 2004, during which time Sand Point Police Chief Joseph Shoemaker and Officer Alvin Osterback entered my residence on Red Cove Rd, Sand Point, without a warrant and in violation of my rights.

3. At around 4:30 a.m. on the aforesaid date, I awoke with my wife to the sound of banging on an inside door of our house.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 1 OF 5**

4. I arose and went the door and could see Chief Shoemaker and Officer Osterback through the glass window in the door. I went back and told my wife that it was the police. She asked me to go back and ask what they wanted.

5. When I went back to the door, I opened it a small distance. I asked what they wanted and the Chief asked if my son Paul K. Gunderson, III was home. They said they had seen his truck come in the driveway a short time before. I shut the door and went to look for my son.

6. I went to my son's bedroom and woke him up. I informed him the police were there and wanted to talk with him. He said he didn't want to talk with the police at that time.

7. I then went back by my bedroom and informed my wife that the police were asking to talk with our son and that I had asked our son if he wanted to get up and talk with them and that our son had said he didn't.

8. I then went back to the door and told the police my son didn't want to come to the door. They responded by continuing to beat on the door and told me that they would come in if he didn't come to them. I was never told by the police that they had a warrant.

9. I then went back and told my wife that the police were insistent on talking with our son after they were informed he did not wish to speak with them.

10. I remained in the hall outside our bedroom while my wife went and spoke with the Chief and Officer Osterback.

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 2 OF 5**

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

11. I continued to remain several feet away from the door and observe the situation after my wife went to our son's room and came back to the door with him.

12. I heard my wife asking several times while our son was talking with the police if this situation could not be handled in the morning and saw that she was ignored.

13. After talking with the police for a while, my son turned to go back to his bedroom. As he was passing my wife, who was standing between me and the door, I observed Chief Shoemaker at that point shove the door open all the way, lower his shoulder and charge into the interior of our home.

13. I recall my wife shouting "Stop! I don't want you in my house." I saw my wife step backwards and put her hands up to protect herself.

14. Chief Shoemaker ran into my wife shoulder-first. The other officer followed the Chief in.

15. At this point, I stepped forward to try to intercede. The Chief went past both of us after our son.

16. The Chief chased our son into the house and grappled with him several times. As the hallway they were in was small, I continued to watch the situation from the living area.

17. I saw my wife follow the police and heard her ask them to stop. I heard her tell my son to go to the kitchen. Officer Osterback was standing near me.

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 3 OF 5**

I heard my wife tell the Chief and officer that we had a baby sleeping in the house and that she wanted them to leave.

18. After the Chief and the officer followed my son to the kitchen and resumed their interrogation there, I went back to my bedroom to take care of the baby we were watching.

19. During the continued interrogation, I heard my wife ask the Chief several times that he and the officer would leave. She was ignored.

20. I did not know what to do. I felt like my wife was handling the situation as best as anyone could and my additional involvement would not make things any better.

21. I was continuing to care for the baby when the Chief and Officer Osterback left.

22. Like my wife, I was humiliated by this situation. I was also very frightened. Both the Chief and the officer had guns, and the situation was very loud and physical. It was clear to me that it did not matter a bit what either my wife or I said.

23. No warrant was ever produced providing for the police to be inside my house on June 5th. As time passes, I have become more and more angry and sad about the invasion of my home.

FURTHER YOUR AFFIANT STATES NOUGHT.

*PAUL GUNDERSON*

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 4 OF 5**

STATE OF ALASKA           )
                          :ss
THIRD JUDICIAL DISTRICT   )

    SUBSCRIBED AND SWORN before me at Dutch Harbor, Alaska, this ___ day of January, 2007.

                                                 _____
                                               Notary Public in and for Alaska
                                               My commission expires: _____

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty. For Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

1-23-07      _____
Date         R. Combs, Legal Asst

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 5 OF 5**