IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAND POINT, a Municpal Corporation,<br><br>Defendant. | Case No. 3:06-cv-00157-TMB |

**NOTICE OF FILING FAXED, UNSWORN SIGNATURE PAGES**

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby gives notice to the court, Defendant and all interested third parties that the two affidavits filed with this notice have unsworn, faxed signature pages. The original notarized signature pages will be filed with the court as soon as this office receives them from our clients in Dutch Harbor.

DATED at Anchorage, Alaska, this 22nd day of January, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

1-23-07
Date          R. Combs, Legal Asst.