Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>      Plaintiffs,<br><br>  v.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>      Defendant. | Case No.:3:06-cv-00157 (TMB) |

NON-OPPOSED MOTION FOR EXTENSION OF TIME

The City of Sand Point, by and through counsel, hereby respectfully requests an extension of time until Friday, February 16, 2007, to file the Reply in Support of Motion for Summary Judgment.  Due to the press of business and previously scheduled deadlines, counsel requests this extension.  Counsel has conferred with plaintiffs' counsel and the parties are in agreement to this extension of time.

Respectfully submitted this 2nd day of February, 2007, at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 2nd day of February, 2007 a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

s/Michael D. Corey