Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, </br></br>    Plaintiffs, </br></br>    v. </br></br>CITY OF SAND POINT, a Municipal Corporation, </br></br>    Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.:3:06-cv-00157 (TMB) </br> ) |

(PROPOSED) ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION OF TIME

This Court having fully considered the Non-opposed Motion for Extension of Time, hereby GRANTS the same.  Defendant City of Sand Point may have until February 16, 2007 to file its Reply in Support of Motion for Summary Judgment.


DATED:_____          _____
                                Honorable Timothy M. Burgess

Certificate of Service

I hereby certify that on this 2nd day of February, 2007, a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey