IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAND POINT, a Municpal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00157-TMB |

**NOTICE OF FILING ORIGINAL SIGNATURE PAGES**

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby gives notice to the court, Defendant and all interested third parties of filing the sworn signature pages of the two affidavits filed with the court on January 22, 2007. Said signature pages are attached to this notice.

DATED at Anchorage, Alaska, this 6th day of February, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

*[Received stamp: FEB 06 2007, CLERK, U.S. DISTRICT COURT, ANCHORAGE, A.K.]*

*[Left margin: EDGREN LAW OFFICES, LLC / 750 East Fireweed, Suite 201 / Anchorage, Alaska 99503 / Telephone (907) 272-3325 / Facsimile (907) 272-3317]*

CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

2-6-07
Date         R. Combs, Legal Asst.

18. I asked several times again that the police would leave. I continued to be ignored.

19. Finally I said that I was going to call a lawyer. I walked to our computer to get a number. I heard the Chief say to my son "We are going to cut you a break and not arrest you."

20. I believe that the Chief said to me "I'm sorry about all this" and that I responded briefly about my son.

21. The Chief and Officer Osterback then left.

22. I was both mortified and humiliated by this situation. I was only partially dressed the entire time. I felt violated.

23. No warrant was ever produced providing for the police to be inside my house on June 5th. As time passes, I have become more and more angry and sad about the invasion of my home.

FURTHER YOUR AFFIANT STATES NOUGHT.

*Debbie Gunderson*
DEBBIE GUNDERSON

STATE OF ALASKA     )
                    :ss
THIRD JUDICIAL DISTRICT )

SUBSCRIBED AND SWORN before me at Dutch Harbor, Alaska, this 31 day of January, 2007.



Notary Public in and for Alaska
My commission expires: 3/9/10

**AFFIDAVIT OF DEBRA A. GUNDERSON -- PAGE 4 OF 5**

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

I heard my wife tell the Chief and officer that we had a baby sleeping in the house and that she wanted them to leave.

18. After the Chief and the officer followed my son to the kitchen and resumed their interrogation there, I went back to my bedroom to take care of the baby we were watching.

19. During the continued interrogation, I heard my wife ask the Chief several times that he and the officer would leave. She was ignored.

20. I did not know what to do. I felt like my wife was handling the situation as best as anyone could and my additional involvement would not make things any better.

21. I was continuing to care for the baby when the Chief and Officer Osterback left.

22. Like my wife, I was humiliated by this situation. I was also very frightened. Both the Chief and the officer had guns, and the situation was very loud and physical. It was clear to me that it did not matter a bit what either my wife or I said.

23. No warrant was ever produced providing for the police to be inside my house on June 5th. As time passes, I have become more and more angry and sad about the invasion of my home.

FURTHER YOUR AFFIANT STATES NOUGHT.

*Paul Gunderson*
PAUL GUNDERSON

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 4 OF 5**

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

STATE OF ALASKA            )
                           :ss
THIRD JUDICIAL DISTRICT    )

SUBSCRIBED AND SWORN before me at Dutch Harbor, Alaska, this 31 day of January, 2007.



Notary Public in and for Alaska
My commission expires: 3/9/10

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty. For Def.

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

_____        _____
Date               R. Combs, Legal Asst

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

**AFFIDAVIT OF PAUL K. GUNDERSON -- PAGE 5 OF 5**