Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com


UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE


| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:3:06-cv-00157 (TMB) |

DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

The course this litigation has taken is consistent with the defense's understanding that the entirety of Plaintiffs' Complaint is predicated on an alleged unconstitutional intrusion (trespass) into the home of plaintiffs by two law enforcement officers employed by the City of Sand Point.  Paragraph 4 of Plaintiffs' Complaint alleges as much.

Each of the first three "cause(s) of action" re-alleges unconstitutional behavior through trespass.  Plaintiffs' fourth "cause of action" is a claim for punitive damages.  Punitive

1

damages are not permitted against a municipal corporation. Hazen v. Municipality of Anchorage, 718 P.2d 456 (Alaska 1986).

Plaintiffs' claims are properly characterized as an attempt to bring a §1983 action. However, the flaws in this lawsuit, pointed out within Defendant's original motion, are dispositive, indicating dismissal.

Contrary to plaintiffs' assertions, departure from a §1983 analysis does not yield a viable theory of recovery. Plaintiffs do not cite, because Alaska does not have, a state equivalent to 42 U.S.C. 1983. In Alaska, there is simply no avenue for affirmative civil recovery founded on a violation of state constitutional rights beyond that afforded by a "§1983" action. This reality exists in many states and is part of the impetus of a §1983 action. Monroe v. Pape, 365 U.S. 167 (1961).

Consequently, adjudication of plaintiffs' §1983 action is dispositive of the entirety of this case. There is no remainder over which to exert pendant jurisdiction. There is no remainder for remand. Defendant therefore respectfully requests this Court Grant Defendant's Motion for Summary Judgment, dismissing the entirety of this lawsuit, with prejudice.

Respectfully submitted this 15th of February, 2007 at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 15th day of February, 2007 a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

s/Michael D. Corey