IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
ANCHORAGE DIVISION

RECEIVED
MAR 2 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF SAND POINT, a Municpal Corporation,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No. 3:06-cv-00157-TMB |

## NOTICE OF ABSENCE

COMES NOW Plaintiffs, by and through their attorneys, Edgren Law Offices, LLC, and hereby gives this notice to the court, Defendant and all interested third parties that undersigned counsel, who is a sole practitioner, will be out of the State of Alaska tending to a hospitalized family member in the State of Texas between the dates of March 29, 2007 and April 6, 2007. It is requested as a courtesy that there be no routine orders entered, filings made or proceedings scheduled during this period. This courtesy is noted as appreciated in advance. Any deadlines applying to any opposing party during this period should be considered stipulated hereby to be extended until April 9, 2007.

DATED at Anchorage, Alaska, this 19th day of March, 2007.

EDGREN LAW OFFICES, LLC

By: _____
David R. Edgren
Alaska Bar No. 9406058

**EDGREN LAW OFFICES, LLC**
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317

CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. Corey, Esq., Atty for De

I FURTHER CERTIFY THAT the foregoing document is prepared in Times New Roman typeface with a 13 point type size.

3-27-07
Date　　　　R. Combs, Legal Asst.

