Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SAND POINT, a Municipal Corporation, | ) ) ) |
| Defendant. | ) Case No.:3:06-cv-00157 (TMB) |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR EXPERT WITNESS DISCLOSURES

The parties, by and through counsel, and with this Court's permission, hereby agree and stipulate that the deadline for Expert Witness Disclosures, will now be due 30 (thirty) days following this Court's decision on the City's pending Motion for Summary Judgment.

Respectfully submitted this 1st of June, 2007 at Anchorage, Alaska.

    s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 1st day of
June, 2007 a copy of the foregoing
was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey