# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA ANCHORAGE DIVISION

DEBBIE GUNDERSON, et al., )
)
                      Plaintiff, )
)
vs. )
)
CITY OF SAND POINT, )
)
                      Defendant, )   Case No. 3:06-cv-00157-TMB
)

RECEIVED JUN 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## NOTICE OF ABSENCE

COMES NOW, by and through his attorneys, Edgren Law Offices, LLC, and hereby gives this notice to the court, Defendant and all interested third parties that undersigned counsel, who is a sole practitioner, will be out of the State of Alaska tending to his elderly father in moving from the State of North Carolina to the State of Florida between the dates of June 13, 2007 and June 19, 2007. It is requested as a courtesy that there be no routine orders entered, filings made or proceedings scheduled during this period. This courtesy is noted as appreciated in advance. Any deadlines applying to any opposing party during this period should be considered stipulated hereby to be extended until June 19, 2007.

DATED at Anchorage, Alaska, this, the 6th day of June, 2007.

EDGREN LAW OFFICES, LLC

By _____
David R. Edgren
Alaska Bar No. 9406058

**CERTIFICATION OF SERVICE
AND OF TYPEFACE AND FONT SIZE**

I CERTIFY THAT, on the date noted below, I served by USPS a true and correct copy of this document on:

M. COREY, Attorney for Defendant

I FURTHER CERTIFY THAT this document is prepared in Times New Roman typeface with a 13 point type size.

6/6/2007
Date          J. Kowalski, Legal Asst.

EDGREN LAW OFFICES, LLC
750 East Fireweed, Suite 201
Anchorage, Alaska 99503
Telephone (907) 272-3325
Facsimile (907) 272-3317