Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com


UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE


DEBBIE and PAUL K. GUNDERSON, )
husband and wife,             )
                              )
          Plaintiffs,         )
                              )
     v.                       )
                              )
CITY OF SAND POINT, a         )
Municipal Corporation,        )
                              )
          Defendant.          ) Case No.:3:06-cv-00157 (TMB)
_____)


(PROPOSED) ORDER GRANTING MOTION FOR STATUS CONFERENCE

This Court having fully considered the Motion for Status Conference, hereby GRANTS the same.  A status conference will occur on _____ day of _____, 2007 at _____am/pm.


DATED:_____        _____

                             Honorable Timothy M. Burgess

<u>Certificate of Service</u>

I hereby certify that on this 18th day of
September, 2007, a copy of the foregoing
was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


<u>s/Michael D. Corey</u>