IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>               Plaintiffs,<br>   vs.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>              Defendants. | Case No. 3:06-cv-00157-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

      \_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      _X_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this case is remanded to state court.

APPROVED:

  s/
_____
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| September 28, 2007 | IDA J. ROMACK |
| Date | Clerk |