Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone: (907)276-6363
Fax: (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-cv-00157 (TMB) |

NOTICE OF COST BILL HEARING

In accordance with Local Rule of Federal Rule of Civil Procedure 54.1 a cost bill hearing for the above entitled action shall occur on Monday, October 15, 2007 at 9:00 a.m., before the deputy clerk of court.

Respectfully submitted this 4th of October, 2007 at Anchorage, Alaska.

        s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 4th day of October, 2007 a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

s/Michael D. Corey