```
            UNITED STATES
            DISTRICT COURT
              District of Alaska
              Anchorage Division

          #  00128483  -  SF
             June 29, 2006


       Code    Case #    Qty      Amount

       086900-F  06-157CV            60.00 CK
       510000-C  06-157CV           190.00 CK
       086400-R  06-157CV           100.00 CK


       TOTAL→                      350.00


       FROM: SANDBERG WUESTENFELD & COREY
             NEW CASE
             A06-0157CV
```

Exhibit A
Page 1 of 1