Jul. 01, 2006 07:09:48  Page 1 of 1

# ANCHORAGE BAR ASSOCIATION

## Sandberg Wuestenfeld & Corey #130

Date Range
From 6/1/2006 0:00
To 6/30/2006 23:59

| Account Code | All Total Trans | Copy Pages | Copy Gross Charges | All Gross Charges | All Net Charges | All NB Charges | All Qty NB% | All Net NB% |
|---|---|---|---|---|---|---|---|---|
| 1910 | 1 | 1 | 0.17 | 0.17 | 0.17 | 0.00 | 0.00% | 0.00% |
| Pak | 1 | 21 | 3.57 | 3.57 | 3.57 | 0.00 | 0.00% | 0.00% |
| Sandpoint | 1 | 14 | 2.38 | 2.38 | 2.38 | 0.00 | 0.00% | 0.00% |
| Grand Total: | 3 | 36 | 6.12 | 6.12 | 6.12 | | | |

Included transaction type(s): Copy, Print.

Exhibit B
Page 1 of 1