```
Bill To:  Dave Alutius
          AML/JIA
          807 G Street
          Suite 356
          Anchorage, AK  99501

Client Attorney   Michael D. Corey              Re:       Sand Point (Gunderson v.)
                                                DOL:      6/5/04
Resp Attorney 1   Michael D. Corey              Claim No: 2004008425
Case Type 3       AML/JIA

Status Codes      None
Finance Charges   N      Fee BCC  3     Cost BCC  3
Sales Tax         None
Retainer Accnt    Min 0       No auto transfers chosen
Unbilled only     N
```

================================================================================

FEES                                                                        FEES

| Date | Emp | Hours | Dollars | Gp |
|---|---|---|---|---|
| 06/16/06 | ES | 3.50 | 245.00 | B P |
| 06/19/06 | ES | 1.50 | 105.00 | B P |
| 06/20/06 | ES | 0.50 | 35.00 | B P |
| 06/20/06 | MDC | 1.70 | 272.00 | B P |
| 06/21/06 | ES | 2.00 | 140.00 | B P |
| 06/21/06 | MDC | 2.90 | 464.00 | B P |
| 06/29/06 | ES | 1.50 | 105.00 | B P |
| 07/07/06 | ES | 0.40 | 28.00 | B P |
| 07/07/06 | MDC | 2.90 | 464.00 | B P |
| 07/20/06 | ES | 0.20 | 14.00 | B P |
| 08/02/06 | MDC | 0.40 | 64.00 | B P |
| 08/25/06 | MDC | 1.50 | 240.00 | B P |
| 09/20/06 | MDC | 4.20 | 672.00 | B P |
| 11/02/06 | MDC | 3.40 | 544.00 | B P |
| 11/06/06 | MDC | 2.40 | 384.00 | B P |
| 11/07/06 | MDC | 2.70 | 432.00 | B P |
| 11/21/06 | ES | 0.20 | 14.00 | B P |
| 11/28/06 | ES | 0.40 | 28.00 | B P |
| 11/28/06 | MDC | 1.30 | 208.00 | B P |
| 01/22/07 | MDC | 1.00 | 160.00 | B P |
| 02/01/07 | ES | 1.00 | 70.00 | B P |
| 02/01/07 | MDC | 1.80 | 288.00 | B P |
| 02/02/07 | ES | 0.60 | 42.00 | B P |

Exhibit C
Page 1 of 3

| Date | Emp | Hours | Dollars | Gp | | |
|---|---|---|---|---|---|---|
| 02/02/07 | MDC | 2.30 | 368.00 | | B P | |
| 02/13/07 | ES | 0.20 | 14.00 | | B P | |
| 02/13/07 | MDC | 1.90 | 304.00 | | B P | |
| 02/14/07 | ES | 0.50 | 35.00 | | B P | |
| 02/14/07 | MDC | 1.50 | 240.00 | | B P | |
| 02/15/07 | ES | 0.50 | 35.00 | | B P | |
| 03/21/07 | MDC | 2.80 | 448.00 | | B P | |
| 06/01/07 | ES | 0.50 | 35.00 | | B P | |
| 06/05/07 | MDC | 0.20 | 32.00 | | B P | |
| 07/24/07 | MDC | 1.80 | 288.00 | | | |
| 07/27/07 | MDC | 1.50 | 240.00 | | | |
| 08/03/07 | ES | 0.50 | 35.00 | | | |
| 08/03/07 | MDC | 1.50 | 240.00 | | | |
| 08/07/07 | ES | 0.30 | 21.00 | | | |
| 08/08/07 | MDC | 1.40 | 224.00 | | | |
| 09/17/07 | ES | 0.50 | 35.00 | | | |
| 09/18/07 | ES | 0.30 | 21.00 | | | |

```
Total FEES       56.20    7,633.00        56.20    7,633.00          (CP  01/01/81 - 10/04/07)
                 56.20    7,633.00        56.20    7,633.00          (CTD Through   10/04/07)
                 ======  ============    =======  ============
                        Actual Hours/$           Billable Hours/$
```

================================================================================

COSTS - Direct                                                                                    COSTS    - Direct

| Date | Emp | Units | Dollars | Gp | | |
|---|---|---|---|---|---|---|
| 06/29/06 | | 1.00 | 2.25 | EC | B P | Elite Courier Services - file removal package, 3 disks, civil cover sheet and filing fee in Federal Court. |
| 06/29/06 | | 1.00 | 2.25 | EC | B P | Elite Courier Services - file removal in Superior Court. |
| 06/29/06 | | 1.00 | 350.00 | FF | B P | United States District Court - filing fee. |
| 06/30/06 | | 18.00 | 2.70 | 15 | B P | Photocopy charges from our office, 18 copies at $.15 each. |
| 06/30/06 | | 1.00 | 2.38 | AB | B P | Anchorage Bar Association - photocopies. |
| 07/05/06 | | 1.00 | 1.11 | PO | B P | Postage and mailing charges. |
| 07/07/06 | | 1.00 | 0.63 | PO | B P | Postage and mailing charges. |
| 08/02/06 | | 8.00 | 8.00 | FX | B P | Fax transmission to David Edgren, 8 pages at $1.00 each. |
| 08/04/06 | | 1.00 | 0.39 | PO | B P | Postage and mailing charges. |
| 08/22/06 | | 3.00 | 3.00 | FX | B P | Fax transmission to Mikunda Cottrell, 3 pages at $1.00 each. |
| 08/22/06 | | 1.00 | 0.78 | PO | B P | Postage and mailing charges. |
| 09/15/06 | | 1.00 | 2.70 | PO | B P | Postage and mailing charges. |
| 09/29/06 | | 87.00 | 13.05 | 15 | B P | Photocopy charges from our office, 87 copies at $.15 each. |
| 11/08/06 | | 1.00 | 1.59 | PO | B P | Postage and mailing charges. |
| 11/21/06 | | 1.00 | 1.59 | PO | B P | Postage and mailing charges. |
| 11/28/06 | | 1.00 | 1.17 | PO | B P | Postage and mailing charges. |
| 11/29/06 | | 2.00 | 2.00 | FX | B P | Fax transmission to David Edgren, 2 pages at $1.00 each. |
| 12/29/06 | | 50.00 | 7.50 | 15 | B P | Photocopy charges from our office, 50 copies at $.15 each. |
| 02/02/07 | | 1.00 | 0.39 | PO | B P | Postage and mailing charges. |
| 02/15/07 | | 1.00 | 0.39 | PO | B P | Postage and mailing charges. |
| 03/31/07 | | 84.00 | 12.60 | 15 | B P | Photocopy charges from our office, 84 copies at $.15 each. |

Exhibit C
Page 2 of 3

Paul Day                                                                Sand Point (Gunderson v.)

| Date | Emp | Units | Dollars | Gp | | | |
|---|---|---|---|---|---|---|---|
| 03/31/07 | | 84.00 | 12.60 | 15 | B P | Photocopy charges from our office, 84 copies at $.15 each. |
| 06/01/07 | | 1.00 | 0.41 | PO | B P | Postage and mailing charges. |
| 06/29/07 | | 15.00 | 2.25 | 15 | B P | Photocopy charges from our office, 15 copies at $.15 each. |
| 08/03/07 | | 1.00 | 0.82 | PO | | Postage and mailing charges. |
| 08/07/07 | | 1.00 | 1.23 | PO | | Postage and mailing charges. |

```
Tot DIR COSTS            421.18           421.18                   (CP  01/01/81 - 10/04/07)
                         421.18           421.18                   (CTD Through   10/04/07)
                      --------------    --------------
                      Actual Units/$    Billable Units/$
```

==================================================================================

A/R LEDGER (01/01/81 - 10/04/07)                                                A/R LEDGER

| Date | Type | Invoice# | Fees | Dir Costs | Ind Costs | Fin Charges | Sales Tax | Retainers | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Closing Balances | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Billings

Payments

==================================================================================

WORK IN PROCESS AND A/R PROJECTION                               WORK IN PROCESS AND A/R PROJECTION

| | Fees | Dir Costs | Ind Costs | Fin Charges | Sales Tax | Retainers | Totals |
|---|---|---|---|---|---|---|---|
| Previous A/R | | | | | | | |
| Existing A/R | | | | | | | |
| Unbilled 01/01/81-10/04/07 | | | | | | | |
| Projected A/R | | | | | | | |

Exhibit C
Page 3 of 3