Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone: (907)276-6363
Fax: (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SAND POINT, a Municipal Corporation, | ) ) ) |
| Defendant. | ) Case No.:3:06-cv-00157 (TMB) |

DEFENDANT CITY OF SAND POINT'S MOTION FOR ATTORNEY FEES

The City of Sand Point pursuant to FRCP LR 54.3 and ARCP 82, hereby petitions this Court for an award of attorney fees. On September 28, 2007 this Court entered final judgment in the above-entitled civil action in favor of the defendant.

ARCP 82 provides that, on our facts, the defense be awarded 30% of its reasonable, actual attorney fees necessarily incurred in the defense of this action.  Said number totals $7,633.00 This total includes amounts reasonably expended as contemplated

1

under ARCP 82(b)(2) as paralegal work. See attached billing and affidavit of counsel.

Consequently, defendant respectfully requests it be awarded 30% of that number for a total award of attorney fees in the amount of $2,289.90.

Respectfully submitted this 4th day of October, 2007, at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 4th day of
October, 2007 a copy of the foregoing
was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503

s/Michael D. Corey

2