Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, <br><br>  Plaintiffs, <br><br>  v. <br><br> CITY OF SAND POINT, a Municipal Corporation, <br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.:3:06-cv-00157 (TMB) |

<u>AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT CITY OF SAND POINT'S MOTION FOR ATTORNEY FEES</u>

STATE OF ALASKA        )
                       ) ss.
Third Judicial District )

   I, Michael D. Corey, being first duly sworn under oath, hereby depose and state as follows:

   1.   I am the attorney of record for City of Sand Point and have been the attorney responsible for conducting the defense in this matter.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Exhibit A
Page 1 of 2

2. I have first hand knowledge concerning the required efforts in conducting this defense.

3. 41.10 hours were billed at a rate of $160.00 per hour for attorney fees.

4. A total of 15.1 hours were incurred as paralegal hours billed for the defense of this matter at a rate of $70.00 per hour.

5. A total of $7,633.00 was incurred in attorney fees and paralegal time as manifested within the accompanying billing statements. The entirety of both paralegal and legal expenses were necessarily and reasonably incurred in the defense conducted in this case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 4th day of October, 2007.

Michael D. Corey
ABA #8511130

SUBSCRIBED AND SWORN TO before me this 4th day of October, 2007.

Notary Public in and for Alaska
My Commission Expires: 11/22/10

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Exhibit A
Page 2 of 2