```
Bill To: Dave Alutius
         AML/JIA
         807 G Street
         Suite 356
         Anchorage, AK  99501

Client Attorney   Michael D. Corey                         Re:    Sand Point (Gunderson v.)
                                                           DOL:   6/5/04
Resp Attorney 1   Michael D. Corey                         Claim No:  2004008425
Case Type 3       AML/JIA

Status Codes      None
Finance Charges   N        Fee BCC  3       Cost BCC  3
Sales Tax         None
Retainer Accnt    Min 0    No auto transfers chosen
Unbilled only     N
```

===============================================================================================

FEES                                                                                                                      FEES

| Date | Emp | Hours | Dollars | Gp | | Description |
|---|---|---|---|---|---|---|
| 06/16/06 | ES | 3.50 | 245.00 | B | P | Begin researching sub-section 1983 actions in preparation for removal to Federal Court. |
| 06/19/06 | ES | 1.50 | 105.00 | B | P | Continue to research sub-section 1983 actions. |
| 06/20/06 | ES | 0.50 | 35.00 | B | P | Copy Superior Court file for removal package to Federal Court. |
| 06/20/06 | MDC | 1.70 | 272.00 | B | P | Analysis of the status, discovery needs and value. |
| 06/21/06 | ES | 2.00 | 140.00 | B | P | Draft notice of removal to the Superior Court (.4); draft notice of removal to the Federal Court (.9); draft notice of submission of Superior Court File (.4); draft notice of service list (.3). |
| 06/21/06 | MDC | 2.90 | 464.00 | B | P | Analysis of                                              Federal Court. |
| 06/29/06 | ES | 1.50 | 105.00 | B | P | Finalize removal package for filing with Court. |
| 07/07/06 | ES | 0.40 | 28.00 | B | P | Revise and finalize answer to complaint. |
| 07/07/06 | MDC | 2.90 | 464.00 | B | P | Attend to answer                                     . (1.9); : motion for summary judgment (1.0). |
| 07/20/06 | ES | 0.20 | 14.00 | B | P | Draft letter to Dave Alutius |
| 08/02/06 | MDC | 0.40 | 64.00 | B | P | Required planning meeting. |
| 08/25/06 | MDC | 1.50 | 240.00 | B | P | Work on motion for summary judgement briefing needs. |
| 09/20/06 | MDC | 4.20 | 672.00 | B | P | Work on motion for summary judgment re |
| 11/02/06 | MDC | 3.40 | 544.00 | B | P | Attend to briefing needs. |
| 11/06/06 | MDC | 2.40 | 384.00 | B | P | Continued briefing. |
| 11/07/06 | MDC | 2.70 | 432.00 | B | P | Analysis in support of and conclude this round of briefing. |
| 11/21/06 | ES | 0.20 | 14.00 | B | P | Draft letter to Dave Alutius forwarding Sand Point's motion for summary judgment. |
| 11/28/06 | ES | 0.40 | 28.00 | B | P | Draft and finalize settlement letter. |
| 11/28/06 | MDC | 1.30 | 208.00 | B | P | Construct and present offer of settlement. |
| 01/22/07 | MDC | 1.00 | 160.00 | B | P | Monitor the status of the briefing. |
| 02/01/07 | ES | 1.00 | 70.00 | B | P | Meet and confer with attorney Corey re |
| 02/01/07 | MDC | 1.80 | 288.00 | B | P | Analysis of incoming briefing in opposition to our motion for summary judgment. |
| 02/02/07 | ES | 0.60 | 42.00 | B | P | Telephone call to Edgren's law office requesting extension of time to file reply to opposition to motion for summary judgment (.1); draft non-opposed motion for extension of time to file reply to opposition to motion for summary judgement and proposed order (.5). |

Exhibit B
Page 1 of 3

2054-2054                          PRE-BILLING LEDGER                   01/01/81-10/04/07  Page 002/002
Paul Day                           Sand Point 1(Gunderson v.)              Page 2 of 3
Case 3:06-cv-00157-TMB   Document 40-3   Filed 10/04/2007   Page 2 of 3

| Date | Emp | Hours | Dollars | Gp | | Description |
|---|---|---|---|---|---|---|
| 02/02/07 | MDC | 2.30 | 368.00 | B | P | Continued motion work. |
| 02/13/07 | ES | 0.20 | 14.00 | B | P | Meet and confer with attorney Corey re. |
| 02/13/07 | MDC | 1.90 | 304.00 | B | P | Work on reply to plaintiff's opposition to our motion to dismiss. |
| 02/14/07 | ES | 0.50 | 35.00 | B | P | Draft and revise reply to opposition to motion for summary judgment. |
| 02/14/07 | MDC | 1.50 | 240.00 | B | P | Attend to briefing issues. |
| 02/15/07 | ES | 0.50 | 35.00 | B | P | Finalize reply to opposition to motion for summary judgment. |
| 03/21/07 | MDC | 2.80 | 448.00 | B | P | Analysis and required reporting. |
| 06/01/07 | ES | 0.50 | 35.00 | B | P | Draft motion to continue deadline of experts. |
| 06/05/07 | MDC | 0.20 | 32.00 | B | P | Analysis of the status and attendant reporting. |
| 07/24/07 | MDC | 1.80 | 288.00 | | | Attend to reporting requirements. |
| 07/27/07 | MDC | 1.50 | 240.00 | | | Attend to reporting obligation. |
| 08/03/07 | ES | 0.50 | 35.00 | | | Draft audit letter. |
| 08/03/07 | MDC | 1.50 | 240.00 | | | Attend to required reporting. |
| 08/07/07 | ES | 0.30 | 21.00 | | | Revise and finalize letter to David Edgren proposing extending deadlines pending Court Order on motion for summary judgment. |
| 08/08/07 | MDC | 1.40 | 224.00 | | | Address discovery needs. |
| 09/17/07 | ES | 0.50 | 35.00 | | | Draft motion for status conference and proposed order. |
| 09/18/07 | ES | 0.30 | 21.00 | | | Finalize and file motion for status conference and proposed order. |

```
Total FEES       56.20     7,633.00          56.20     7,633.00            (CP  01/01/81 - 10/04/07)
                 56.20     7,633.00          56.20     7,633.00            (CTD Through    10/04/07)
                 =======  =============      =======  =============
                     Actual Hours/$              Billable Hours/$
```

================================================================================

COSTS - Direct                                                                                    COSTS  - Direct

| Date | Emp | Units | Dollars | Gp | | Description |
|---|---|---|---|---|---|---|
| 06/29/06 | | 1.00 | 2.25 | EC | B P | Elite Courier Services - file removal package, 3 disks, civil cover sheet and filing fee in Federal Court. |
| 06/29/06 | | 1.00 | 2.25 | EC | B P | Elite Courier Services - file removal in Superior Court. |
| 06/29/06 | | 1.00 | 350.00 | FF | B P | United States District Court - filing fee. |
| 06/30/06 | | 18.00 | 2.70 | 15 | B P | Photocopy charges from our office, 18 copies at $.15 each. |
| 06/30/06 | | 1.00 | 2.38 | AB | B P | Anchorage Bar Association - photocopies. |
| 07/05/06 | | 1.00 | 1.11 | PO | B P | Postage and mailing charges. |
| 07/07/06 | | 1.00 | 0.63 | PO | B P | Postage and mailing charges. |
| 08/02/06 | | 8.00 | 8.00 | FX | B P | Fax transmission to David Edgren, 8 pages at $1.00 each. |
| 08/04/06 | | 1.00 | 0.39 | PO | B P | Postage and mailing charges. |
| 08/22/06 | | 3.00 | 3.00 | FX | B P | Fax transmission to Mikunda Cottrell, 3 pages at $1.00 each. |
| 08/22/06 | | 1.00 | 0.78 | PO | B P | Postage and mailing charges. |
| 09/15/06 | | 1.00 | 2.70 | PO | B P | Postage and mailing charges. |
| 09/29/06 | | 87.00 | 13.05 | 15 | B P | Photocopy charges from our office, 87 copies at $.15 each. |
| 11/08/06 | | 1.00 | 1.59 | PO | B P | Postage and mailing charges. |
| 11/21/06 | | 1.00 | 1.59 | PO | B P | Postage and mailing charges. |
| 11/28/06 | | 1.00 | 1.17 | PO | B P | Postage and mailing charges. |
| 11/29/06 | | 2.00 | 2.00 | FX | B P | Fax transmission to David Edgren, 2 pages at $1.00 each. |
| 12/29/06 | | 50.00 | 7.50 | 15 | B P | Photocopy charges from our office, 50 copies at $.15 each. |
| 02/02/07 | | 1.00 | 0.39 | PO | B P | Postage and mailing charges. |
| 02/15/07 | | 1.00 | 0.39 | PO | B P | Postage and mailing charges. |
| 03/31/07 | | 84.00 | 12.60 | 15 | B P | Photocopy charges from our office, 84 copies at $.15 each. |



Exhibit B
Page 2 of 3

| Date | Emp | Units | Dollars | Gp | | |
|---|---|---|---|---|---|---|
| 03/31/07 | | 84.00 | 12.60 | 15 | B P | Photocopy charges from our office, 84 copies at $.15 each. |
| 06/01/07 | | 1.00 | 0.41 | PO | B P | Postage and mailing charges. |
| 06/29/07 | | 15.00 | 2.25 | 15 | B P | Photocopy charges from our office, 15 copies at $.15 each. |
| 08/03/07 | | 1.00 | 0.82 | PO | | Postage and mailing charges. |
| 08/07/07 | | 1.00 | 1.23 | PO | | Postage and mailing charges. |

```
Tot DIR COSTS          421.18             421.18              (CP  01/01/81 - 10/04/07)
                       421.18             421.18              (CTD Through    10/04/07)
                     -----------        -----------
                    Actual Units/$     Billable Units/$
```

===============================================================================

A/R LEDGER (01/01/81 - 10/04/07)                                                                 A/R LEDGER

| Date | Type | Invoice# | Fees | Dir Costs | Ind Costs | Fin Charges | Sales Tax | Retainers | Total | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Closing Balances | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Billings

Payments

===============================================================================

WORK IN PROCESS AND A/R PROJECTION                                          WORK IN PROCESS AND A/R PROJECTION

| | Fees | Dir Costs | Ind Costs | Fin Charges | Sales Tax | Retainers | Totals |
|---|---|---|---|---|---|---|---|
| Previous A/R | | | | | | | |
| Existing A/R | | | | | | | |
| Unbilled 01/01/81-10/04/07 | | | | | | | |
| Projected A/R | | | | | | | |

Exhibit B
Page 3 of 3