Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>           Plaintiffs,<br><br>      v.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:3:06-cv-00157 (TMB)<br>) |

NOTICE OF RESCHEDULING OF COST BILL HEARING

In accordance with Local Rule of Federal Rule of Civil Procedure 54.1 the cost bill hearing for the above entitled action that was scheduled to occur on Wednesday, October 24, 2007 at 9:00 a.m., before the deputy clerk of court, shall now take place on Friday, November 2, 2007 at 9:00 a.m.

Respectfully submitted this 22nd of October, 2007 at Anchorage, Alaska.

>s/Michael D. Corey
>SANDBERG, WUESTENFELD & COREY
>ABA #8511130
>701 W. 8th Avenue, Suite 1100
>Anchorage, Alaska 99501
>Phone: (907) 276-6363
>Fax: (907)276-3528
>E-Mail: mdc1@aol.com
>Attorneys for Defendant

Certificate of Service

I hereby certify that on this 22nd day of
October, 2007 a copy of the foregoing
was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey