IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>                Defendants. | Case No. 3:06-cv-00157-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_  **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is remanded to state court.

```
Defendant to recover from Plaintiffs costs in the amount of $390.48**
```
APPROVED:

_s/_
**TIMOTHY M. BURGESS**
United States District Judge

| September 28, 2007 | IDA J. ROMACK |
|---|---|
| Date | Clerk |

```
**Judgment with costs added redistributed on 11/7/07.
```