IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>　　　　　　　Defendants. | Case No. 3:06-cv-00157-TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

___   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is remanded to state court. Defendant to recover from Plaintiffs costs in the amount of $390.48**
APPROVED: Defendant awarded attorney fees in the amount of $2,289.90. ***

s/
_____
**TIMOTHY M. BURGESS**
United States District Judge

September 28, 2007                                     IDA J. ROMACK
_____                          _____
　　　　Date                                                      Clerk

**Judgment with costs added redistributed on 11/7/07.
***Judgment with attorney fees added re-distributed on 2/8/08.