Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SAND POINT, a Municipal Corporation, | ) ) ) |
| Defendant. | ) Case No.:3:06-cv-00157 (TMB) |

**APPLICATION FOR WRIT OF EXECUTION**

Defendant Sand Point, by and through its counsel of record, hereby moves this Court to issue a Writ of Execution.

On September 28, 2007 this Court entered Judgment in favor of Defendant City of Sand Point.  Applications for Cost Bill and Attorney Fees were made to this Court on October 4, 2007.  This Court awarded Defendant its Costs on November 7, 2007 and Attorney Fees were awarded on November 29, 2007.  This Application is accompanied by an Affidavit of Counsel (Exhibit A) and Defendant City of Sand Point's Writ of Execution.

Respectfully submitted this 7th of February, 2008 at Anchorage, Alaska.

s/Michael D. Corey
SANDBERG, WUESTENFELD & COREY
ABA #8511130
701 W. 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907)276-3528
E-Mail: mdc1@aol.com
Attorneys for Defendant

Certificate of Service

I hereby certify that on this 7th day of
February, 2008 a copy of the foregoing
was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey