Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

DEBBIE and PAUL K. GUNDERSON, )
husband and wife, )
　　　　　　　　　　　　　　　　 )
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　 )
　　v. )
　　　　　　　　　　　　　　　　 )
CITY OF SAND POINT, a )
Municipal Corporation, )
　　　　　　　　　　　　　　　　 )
　　　　　Defendant. ) Case No.:3:06-cv-00157 (TMB)
_____ )

AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANT CITY OF SAND POINT'S APPLICATION FOR WRIT OF EXECTUION

STATE OF ALASKA      )
                     ) ss.
Third Judicial District )

　　I, Michael D. Corey, being first duly sworn under oath, hereby depose and state as follows:

　　1.　I am the attorney of record for City of Sand Point and have been the attorney responsible for conducting the defense in this matter.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Exhibit  A
Page 1 of 2

2. To date no funds have been received from Plaintiffs to respond to the Court's award of Costs in the amount of $390.48, nor the award of Attorney Fees which total $2289.90.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 6th day of February, 2008.

Michael D. Corey
ABA #8511130

SUBSCRIBED AND SWORN TO before me this 4th day of February, 2008.

Notary Public in and for Alaska
My Commission Expires: 11/22/10

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Exhibit A
Page 2 of 2