Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:3:06-cv-00157 (TMB)<br>) |

WRIT OF EXECTUION

**TO ANY UNITED STATES MARSHAL IN THE STATE OF ALASKA:**

WHEREAS, on the 27th day of September, 2007, in a cause styled above, judgment was entered in this Court as indicated above and registered herein, in favor of Defendant City of Sand Point, against Debbie and Paul K. Gunderson, husband and wife, hereinafter called judgment debtor, for the sum of $2,289.90 with interest thereon at the rate of 7.5 percent per annum from the 7th day of November, 2007 and together with costs which have been taxed to date by the Clerk of Court in the sum of $390.48,

AND WHEREAS, according to an affidavit hereof, executed by or in behalf of the judgment creditor there remains due and unpaid the following :

   $390.89 unpaid issuance of costs specified hereinabove by the Clerk of Court

   $2289.90 unpaid attorney fees

and further interest will accrue on the unsatisfied judgment in the sum of $_____ per day from date of the aforesaid affidavit;

THEREFORE YOU ARE COMMANDED, that of the goods and chattels, lands and tenants of the said judgment debtor you cause to be made the full amount of said judgment, interest, and costs, with the further costs of executing this writ.

HEREIN FAIL NOT, and have you the said monies, together with this writ, before this Court within ninety (90) days from the date of this writ.

WITNESS my hand and the seal of this Court on this _____ day of _____, 2008.

_____
CLERK OF COURT

<u>Certificate of Service</u>

I hereby certify that on this 7th day of February, 2008 a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


<u>s/Michael D. Corey</u>