Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:   (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAND POINT, a Municipal Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.:3:06-cv-00157 (TMB)<br>) |

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

I, Michael D. Corey, hereby state an oath:

1.  Judgment for $2,680.38 was entered on November 29, 2007 in the docket of the above-entitled court and action, in favor of as judgment creditor City of Sand Point and against as judgment debtors, Debbie and Paul K. Gunderson, husband and wife.

2.  I am the attorney for said judgment creditor City of Sand Point, and request issuance of a Writ of Execution on the judgment.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

3. The judgment debtors, Debbie and Paul K. Gunderson, husband and wife, were represented by Counsel.

4. The judgment entered was not a default judgment.

5. ACCRUED since the entry of judgment are the following sums: $19.68 accrued interest, as of February 19, 2008, computed at 3.30% ($0.24 per day); $2680.38 accrued costs.

6. CREDIT must be given for payments and partial satisfaction in the total amount of $0.00 which is to be first credited against the total accrued interest and accrued costs, with any excess credited against the judgment as entered, leaving a net balance of $2700.06 ACTUALLY DUE on this date. Of this total, $2680.38 is the amount of the original judgment as entered still remaining due and bearing interest at 3.30% in the amount of $0.24 per day from this date.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED this 19th day of February, 2008.

_____
Michael D. Corey
ABA #8511130

SUBSCRIBED AND SWORN TO before me this 19th day of February, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 11/22/10

Certificate of Service

I hereby certify that on this 19th day of February, 2008 a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363