Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK  99501
Phone:  (907)276-6363
Fax:  (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SAND POINT, a Municipal Corporation, | ) ) ) |
| Defendant. | ) Case No.:3:06-cv-00157 (TMB) ) |

### WRIT OF EXECUTION

TO THE UNITED STATES MARSHALLS FOR THE DISTRICT OF ALASKA:

On November 29, 2007, a judgment was entered in the docket of the above-entitled court and action, in favor of City of Sand Point as judgment creditor, and against Debbie and Paul K. Gunderson, husband and wife as judgment debtor, for:

     $   0.00      principal,

     $2289.90      attorneys fees,

     $   0.00      interest, and

     $ 390.48      costs, for a total amount of

$$2680.38 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to wit:

| | |
|---|---|
| $19.68 | accrued interest, and |
| $0.00 | accrued costs, for a total of |
| $19.68 | ACCRUED INTEREST AND COSTS |

CREDIT must be given for payments and partial satisfactions in the amount of $0.00 which is to be first credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of $2700.06 ACTUALLY DUE ON February 19, 2008, the date of the request for issuance of this writ, of which $2680.38 is due on the judgment as entered, and bears interest at 3.30% PER DAY, from the date of this request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the personal property of the said debtor in your district, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs, and make sale thereof according to law; and if sufficient personal property cannot be found, then you are further

commanded to make the amount of said judgment, interest, and increased costs out of his real property.

HEREIN FAIL NOT, and have you then and there this writ.


DATED:_____        IDA ROMACK
                               CLERK OF COURT



                               By:_____
                                  Deputy Clerk

Certificate of Service

I hereby certify that on this 19th day of
February, 2008 a copy of the foregoing
was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey