Michael D. Corey
SANDBERG, WUESTENFELD & COREY
701 W. 8th Avenue, Suite 1100
Anchorage, AK 99501
Phone: (907)276-6363
Fax: (907)276-3528
mdc1@aol.com

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEBBIE and PAUL K. GUNDERSON, husband and wife, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CITY OF SAND POINT, a Municipal Corporation, | ) ) ) |
| Defendant. | ) Case No.:3:06-cv-00157 (TMB) ) |
| STATE OF ALASKA | ) ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

CREDITOR'S AFFIDAVIT

I, Michael D. Corey, attorney for the City of Sand Point, a Municipal Corporation, in the above-captioned action, upon oath or affirmation and under penalty of perjury, state as follows:

1.  This law firm obtained an award of attorney fees and costs against Debbie and Paul K. Gunderson, husband and wife in the total amount of $2680.38.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

2. I will attempt to satisfy the judgment by levying against the following property, which I believe is not exempt and is <u>not</u> property of a type subject to value limitations under AS 09.38.010, *et seq.*:

The bank account(s) of:

<u>Debbie Gunderson a/k/a Debra A. Gunderson</u>
SSN: _____
DOB: <u>5/22/1958</u>

<u>Paul K. Gunderson</u>
SSN: _____
DOB: <u>8/12/1954</u>

DATED at Anchorage, Alaska, this 22nd day of February, 2008.

By: _____
    Michael D. Corey

SUBSCRIBED AND SWORN to before me this 22nd day February, 2008.

[Notary Seal: Evelyn O. Singley, Notary Public, State of Alaska]

_____
Notary Public in and for Alaska
My Commission Expires: 11/22/10

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Certificate of Service

I hereby certify that on this 22nd day of February, 2008 a copy of the foregoing was served by U.S. Mail on:

David R. Edgren
Edgren Law Offices, LLC
750 East Fireweed, Suite 201
Anchorage, AK  99503


s/Michael D. Corey

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363