# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debbie and Paul K. Gunderson | 3:06-cv-157 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City of Sand Point | Writ of Execution |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
AlaskaUSA Federal Credit Union

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 4000 Credit Union Drive Anchorage, AK 99508

RECEIVED APR 03 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael D. Corey
Redacted Address        00

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Writ of Execution and Notice of Response to Levy.

Signature of Attorney or other Originator requesting service on behalf of:   ☐ PLAINTIFF  ☒ DEFENDANT
TELEPHONE NUMBER: 907-276-6363    DATE: 3/6/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1   District of Origin No.: 0   District to Serve No.: 0
Signature of Authorized USMS Deputy or Clerk   Date: 3/11/08

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Claire White    Branch Admin Asst.

Address (complete only if different than shown above):

Date of Service: 3/25/08   Time: 11:00 am
Signature of U.S. Marshal or Deputy: F.F. Meek

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | | | | |

REMARKS: see attached exhibit No funds

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

**Cranmer, Linda (USMS)**

**From:** RParalegal@aol.com
**Sent:** Friday, March 28, 2008 3:37 PM
**To:** Cranmer, Linda (USMS)
**Subject:** Notice of Levy

The purpose of this correspondence is to advise that the levies that were served upon Wells Fargo and AK USA for the bank accounts of Debbie & Paul K. Gunderson contained the incorrect D/O/B and SSN. The Amended Notice of Levy for Wells Fargo and AK USA are being faxed with the Release of Levy for Wells Fargo as we discussed.

My sincerest apologies for the confusion and inconvenience that this has caused.

Sincerely,

Sandberg, Wuestenfeld & Corey

Evelyn O. Singley
Paralegal to Michael D. Corey

---

Create a Home Theater Like the Pros. Watch the video on AOL Home.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Debbie and Paul K. Gunderson, )
)
      Plaintiff, )
)
vs. )
) Case No. **3:06-cv-157**
City of Sand Point )
)
      Defendant. )
)

**NOTICE OF RELEASE OF LEVY BY A COURT WRIT**

To: **AlaskaUSA Federal Credit Union**

    YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: <u>Debbie and Paul K. Gunderson</u>, **SSN for Paul:** Redacted SSN, **Redacted DOB** **SSN for Debbie: unknown, DOB: unknown,** not exceeding the sum of **$2075.60 (includes service fee)** is hereby **RELEASED FROM** levy by the attached Writ of Execution.

Date: 3/28/08

| | | |
|---|---|---|
| Amount of Writ: | $_____ | RANDY M. JOHNSON<br>United States Marshal<br>District of Alaska<br>222 West 7th Avenue #28<br>Anchorage, Alaska  99513<br>(907) 271-5154 |
| Service Fee: | $_____ | |
| Interest: | $_____ | |
| Total Due: | $_____ | By: _/s/ Meek_<br>Deputy U.S. Marshal |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Debbie and Paul K. Gunderson,         )
                                      )
        Plaintiff,                    )
                                      )
vs.                                   )
                                      )   Case No. **3:06-cv-157**
City of Sand Point                    )
                                      )
        Defendant.                    )
_____)

**NOTICE OF LEVY BY A COURT WRIT**

To:  **AlaskaUSA Federal Credit Union**

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: <u>Debbie and Paul K. Gunderson</u>, **SSN for Paul:** Redacted SSN   Redacted DOB **SN for Debbie: unknown, DOB: unknown,** not exceeding the sum of $_____ **(includes service fee)** is hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: 3/25/08

| | | |
|---|---|---|
| Amount of Writ: | $_____ | RANDY M. JOHNSON<br>United States Marshal<br>District of Alaska |
| Service Fee: | $_____ | 222 West 7th Avenue #28<br>Anchorage, Alaska  99513<br>(907) 271-5154 |
| Interest: | $_____ | |
| Total Due: | $_____ | By: _____<br>Deputy U.S. Marshal |

CASE NO: **3:06-cv-157**

# RESPONSE TO LEVY

To United States Marshal:

You are notified that Debbie and Paul K. Gunderson ( ) does (X) does not have money, personal property, credits, or debts belonging to _____, **SSN:**_____, **DOB:**_____, in the amount of $_____, of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 3·25·08          SIGNATURE: *Amy L Leffert*
                       (Type or Print Name) Amy Leffert
                       TITLE Research Specialist IV

```
Make checks payable to:
       "CLERK OF COURT"
 Note Case Number on the checks.
*************************************
Mail "Response to Levy" & check to:
       U.S. Marshals Service
       222 W. 7th Ave., #28
       Anchorage, AK   99513
```

There is $ 2075.60 Available for this service.
*Alaska USA Federal Credit Union*