**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debbie and Paul K. Gunderson | 3:06-cv-157 |
| DEFENDANT | TYPE OF PROCESS |
| City of Sand Point | Writ of Execution |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wells Fargo

**AT**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
301 West Northern Lights Blvd., suite 100
Anchorage, AK 99503

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael D. Corey
Redacted Address

Number of process to be served with this Form - 285: 1
Number of parties served in this case: 1100
Check for service on U.S.A.: 

RECEIVED APR 03 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve Writ of Execution and
Notice of Response to Levy.

Signature of Attorney or other Originator requesting service on behalf of:
[X] DEFENDANT
TELEPHONE NUMBER: 276-6363
DATE: 3/6/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 6 | No. 6 | [signature] | 5/4/08 |

[X] I hereby certify and return that I have personally served... the process described on the individual, company, corporation, etc., at the address shown above...

Name and title of individual served (if not shown above):
RYAN J. WAGNER

Address (complete only if different than shown above):
301 W. NORTHERN LIGHTS BLVD
ANCHORAGE, AK 99503

Date of Service: 3/25/08    Time: 10:40 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | 4.00 | | 9L | | |

REMARKS: See attached email

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |

**Cranmer, Linda (USMS)**

**From:** RParalegal@aol.com
**Sent:** Friday, March 28, 2008 3:37 PM
**To:** Cranmer, Linda (USMS)
**Subject:** Notice of Levy

The purpose of this correspondence is to advise that the levies that were served upon Wells Fargo and AK USA for the bank accounts of Debbie & Paul K. Gunderson contained the incorrect D/O/B and SSN. The Amended Notice of Levy for Wells Fargo and AK USA are being faxed with the Release of Levy for Wells Fargo as we discussed.

My sincerest apologies for the confusion and inconvenience that this has caused.

Sincerely,

Sandberg, Wuestenfeld & Corey

Evelyn O. Singley
Paralegal to Michael D. Corey

---

Create a Home Theater Like the Pros. Watch the video on AOL Home.

3/28/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Debbie and Paul K. Gunderson,                )
                                             )
       Plaintiff,                            )
                                             )
vs.                                          )
                                             )   Case No. **3:06-cv-157**
City of Sand Point                           )
                                             )
       Defendant.                            )
_____)

**NOTICE OF RELEASE OF LEVY BY A COURT WRIT**

To: **Wells Fargo**

    YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: **Debbie and Paul K. Gunderson, SSN for Paul:** Redacted SSN    Redacted DOB    **SSN for Debbie: unknown, DOB: unknown,** not exceeding the sum of **$2680.38 (includes service fee)** is hereby **RELEASED FROM** levy by the attached Writ of Execution.

Date: 3/28/08

| | | |
|---|---|---|
| Amount of Writ: | $_____ | RANDY M. JOHNSON |
| | | United States Marshal |
| | | District of Alaska |
| Service Fee: | $_____ | 222 West 7th Avenue #28 |
| | | Anchorage, Alaska  99513 |
| | | (907) 271-5154 |
| Interest: | $_____ | |
| Total Due: | $_____ | By: _____ |
| | | Deputy U.S. Marshal |

WELLS FARGO BANK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Debbie and Paul K. Gunderson, )
)
    Plaintiff, )
)
vs, )
)    Case No. 3:06-cv-157
City of Sand Point )
)
    Defendant. )
_____ )

*Handwritten notations:* 3/25/08 10:30 am AK / 01417 / Served in Person / Ryan J. Warner / No Fee Received

## NOTICE OF LEVY BY A COURT WRIT

To: Wells Fargo

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: <u>Debbie and Paul K. Gunderson</u>, SSN for Paul: Redacted SSN  Redacted DOB  SSN for Debbie: unknown, DOB: unknown, not exceeding the sum of $_____ (includes service fee) is hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: 3/25/08

Amount of Writ:    $_____
Service Fee:    $_____
Interest:    $_____
Total Due:    $_____

RANDY M. JOHNSON
United States Marshal
District of Alaska
222 West 7th Avenue #28
Anchorage, Alaska 99513
(907) 271-5154

By: _____
Deputy U.S. Marshal

RECEIVED TIME  MAR. 25.  10:58AM

CASE NO: 3:06-cv-157

# RESPONSE TO LEVY

To United States Marshal:

You are notified that Debbie and Paul K. Gunderson (X) does ( ) does not have money, personal property, credits, or debts belonging to Paul K Gunderson SSN:

Redacted DOB, in the amount of $ 2680.38, of which $ 2680.38 is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 3/25    SIGNATURE: Krystal Reyes
              (Type or Print Name) Krystal Reyes
              TITLE Processor

```
Make checks payable to:
     "CLERK OF COURT"
Note Case Number on the checks.
********************************
Mail "Response to Levy" & check to:
     U.S. Marshals Service
     222 W. 7th Ave., #28
     Anchorage, AK  99513
```