| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Debbie and Paul K. Gunderson | 3:06-cv-157 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| City of Sand Point | Writ of Execution |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Alaska USA Federal Credit Union |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | 4000 Credit Union Drive, Anchorage, AK  99508 |

RECEIVED
APR 03 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael D. Corey
Sandberg, Wuestenfeld & Corey
701 W. 8th Ave., Ste. 1100
Anchorage, AK  99501

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                                            Fold

Serve Amended Notice of Levy with corrected
date of birth(s) on Debbie and Paul K. Gunderson (II)

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF<br>☒ DEFENDANT | TELEPHONE NUMBER<br>907/276-6363 | DATE<br>3/31/08 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/31/07 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service   Time   am / pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  No funds

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Debbie and Paul K. Gunderson,         )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )
                                      )   Case No. **3:06-cv-157**
City of Sand Point                    )
                                      )
            Defendant.                )
_____)

**NOTICE OF LEVY BY A COURT WRIT (AMENDED)**

To: **AlaskaUSA Federal Credit Union**

YOU ARE HEREBY NOTIFIED that all money, stocks, bonds, personal property, credits and debts due or owing in your possession or under your control belonging to: Debbie and Paul K. Gunderson, **SSN for Paul unknown,** Redacted DOB, **SSN for Debbie Gunderson a/k/a Debra A. Gunderson: unknown,** Redacted DOB, not exceeding the sum of $_____ **(includes service fee)** is hereby levied upon by the attached Writ of Execution. Do not release said money, stocks, bonds, personal property, credits and debts to anyone other than U.S. Marshal. You must complete the attached Response to Levy and return it to the U.S. Marshals office within 24 hours pursuant to AS 09.40.060.

Date: 3/28/08

| | | |
|---|---|---|
| Amount of Writ: | $_____ | RANDY M. JOHNSON<br>United States Marshal<br>District of Alaska<br>222 West 7th Avenue #28<br>Anchorage, Alaska 99513<br>(907) 271-5154 |
| Service Fee: | $_____ | |
| Interest: | $_____ | |
| Total Due: | $_____ | By: _____<br>Deputy U.S. Marshal |

03/28/2008 15:01 FAX 9072713674   USMS D/AK Anchorage   ☒004/007
03/28/08 FRI 15:37 FAX 907 278 3528   LAW OFFICES OF S, W & C   ☒005

CASE NO: 3:06-cv-157

# RESPONSE TO LEVY

To United States Marshal:

You are notified that Debbie and Paul K. Gunderson ( ) does (X) does not have money, personal property, credits, or debts belonging to _____, SSN:_____, DOB:_____, in the amount of $_____, of which $_____ is being released to you. There is no other property of any kind belonging to judgment debtor in our possession or under our control.

DATE: 3·31·08   SIGNATURE: _Amy Leffert_
(Type or Print Name) _Amy Leffert_
TITLE _Research Specialist IV_

```
Make checks payable to:
     "CLERK OF COURT"
 Note Case Number on the checks.
*************************************
Mail "Response to Levy" & check to:
       U.S. Marshals Service
       222 W. 7th Ave., #28
       Anchorage, AK   99513
```

NO ACCOUNT LOCATED